# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____ DIVISION

## CIVIL COMPLAINT

OPAL WORDS )
 )
 )
Enter above the full name of Plaintiff or Plaintiffs in this action )
 )
vs. )
Activis/Watson Pharmaceutical ) CASE NO. _____
Dr Sharon Lee MD )
Walgreen Pharmacy - (MO) )
Walgreen Pharmacy - (KS) )
Parr Pharmaceutical )
Enter above the full name of Defendant or Defendants in this action )

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff  OPAL R. WORDS

   Address  P.O. Box 901320
            Kansas City MO. 64190

B. Name of Defendant(s) - Walgreen Pharmacy (MO), Walgreen Pharmacy (KS), Activis/Watson Pharmaceutical (N.J.) Dr Sharon Lee MD (KS) Parr Pharmaceutical (NY)

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

1

# Statement of Facts

Names of people involved

Walgreen Pharmacy(s) Kansas & Mo Both Filled perscription for MAKINOI 4 different times over FDA Approval & over plaintiff weight. 3 pills 3 times a day at 2.5 mg.

DR LEE either called the perscription in wrong or the pharmasist at (Both Store) wrote it wrong.

~~Walgreen~~ , & PARR

Watson / Activas - Fail to ~~prevent~~ entres a Recommendation to prevent overdoses or to ~~let~~ pharmist know.

Warn

III. **Relief**

State briefly exactly what you want the Court to do for you.

Hold them accountable for what happen

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☒  No ☐

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☒  No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages at this point - Dont know, need to get

VI. **Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐  No ☒

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☒  No ☐

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

1) Legal-Aid - Mo - Dont do these type of cases.
2) Melanie Kim, St. Louis Mo - No return call.
3) Fred Bryant, KCMO - Not interested.
4) Kenner, Schmitt, Nygaard. Referred but to others.

2

C. If you answered no, state your reasons why no such efforts have been made.

VII. **Administrative Procedures**

   A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

   Yes ☐   No ☒

   B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

   C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

   Will Be Contacting these agencies Now. (KS) (MO) + U.S.

Signed this 23rd day of MAY, 2014

*Opal Woods*
Signature of Plaintiff or Plaintiffs

3