IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

OPAL WORDS,

   Plaintiff,

Vs.

Walgreens Pharmacy (Missouri)
Walgreens Pharmacy (Kansas)
Activis/Watson Pharmaceutical //MFG
Sharon Lee, M.D.
Parr Pharmaceutical / MFG DEFENdANTs
Kansas Medicaid
Viola Riggin
St. John's Hospital
Vernita D. Harriston-Mitchell, M.D.
Danielle Flannigan
Katie L. Zerbe
DIRK DUNFEE ARNP

,          Case No. 14-464-CV-W-ODS

## PLAINTIFF'S AMENDED COMPLAINT

Comes now Plaintiff Opal Words, ProSe with her Amended complaint, states as follows:

- <u>Walgreens (Missouri/Kansas)</u> were negligent and careless in relating and receiving phone calls regarding prescription drugs.
- Negligent and careless in filling prescriptions.
- Negligent and careless in catching the doctor's mistakes (if any).
- Negligent and careless in watching for increase in dosage (Narcotic).
- Negligent and careless in terms of communication between the doctor and the pharmacist.
- Negligent and careless in checking for amount of medications that are within the DEA/FDA Approval.

[PLEADING TITLE] - 1

- Failed to follow instructions of the manufacturer regarding overdose on prescriptions (if any).
- Negligent and careless in filling four prescriptions and none were caught.
- Failed to provide a drug description (color or shape) of pill Dated 6/1/2012

- <u>Sharon Lee, M.D</u>. Failed to failed to collect blood samples.
- She also failed to make clear information regarding the amount of medication dosage.
- She failed to prescribe within the DEA/FDA law.
- She failed to follow-up with the Neurologist regarding RSD and how to treat it.

- <u>Doctor Hairston-Mitchell</u> failed to prescribe Marinol according to the patient's weight.
- She also failed to pass information to the ~~Neurologist~~ DR. Sharon Lee MP. as was necessary.

- <u>Activis/Watson Pharmaceutical</u> failed to enter a recommendation to prevent overdose.
- This company also failed to inform the pharmacy of how to prevent overdose.

- <u>Par Pharmaceutical</u> failed to enter a recommendation to prevent overdose.
- This company also failed to inform the pharmacy of how to prevent overdose.

- <u>Kansas Medicaid</u> over-sighted four prescriptions of Marinol that were more than DEA/FDA approved.

- <u>Viola Riggin</u> was inattentive towards patient's records regarding her weight and her medication.
- Viola also failed to regulate health-care issues.

- <u>St. John's Hospital</u> released patient after knowing that the patient had overdose drug reaction, two hard pains to her heart, and also the D/Dimer indicated blood clotting on 11/08/2012.
- Also this hospital failed to keep patient under observation on 11/08/2012.

[PLEADING TITLE] - 2

- This hospital also failed to report, chart, or record the trauma to the patient's arm during the preparation of treatment on 11/09/2012.
- On 11/09/2012 the patient received a phone call from the E.R. She went to the hospital to discuss the phone call, in which case the hospital told the patient that treatment needed to be done in regards to the medicine the patient had been taking which indicated a blood clot on the order of Derrick Thomas and "we do not want to see what happened to him, happen to you." On the same date the hospital issued the patient an Arteriogram.


[Attorney Name]

Citizenship of Defendants.

Sharon Lee, M.D./ Family Health Care

530 Quindaro,

Kansas City, Kansas

66107

And/or

340 SW Boulevard,

Kansas City, Kansas

66103


Vernita D. Hairston-Mitchell, M.D.

K.U. Medical Center

Kansas City, Kansas


Viola Riggin, Director of HealthCare Services.

Landon State Building

900 Jackson (4th Floor)

Topeka, Kansas

66612


Walgreens Pharmacy (Danielle Flannigan)

2301 Holmes

Kansas City M.O.

64108


Walgreens Pharmacy (Katie L. Zerbe)

2900 S. 4th St.

Leavenworth, Kansas

66048

Par Pharmaceutical

300 Tice Boulevard

Woodcliff Lake, New York

07677


Activis/Watson Pharmaceutical

400 Interpace Pkwy

Parsippany, New Jersey

07054


K.S. Medicaid

503 S. Kansas

Topeka, Kansas

66603


St. John's Hospital

3500 S. 4th St.

Leavenworth, Kansas

66048

Amount of Damages That the Plaintiff Seeks:

Past Pain and suffering, Future pain and suffering due to the negligence and careless-ness of health-care providers, past medical, future medical, mental anguish, Pharmacophobia due to the negligence of the heath-care providers. Estimated Sum of the amount from each provider: $500,000.

"Hardship"

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

X _Opal Words_
Signature of Plaintiff

## VERIFICATION

State of _Missouri_ )
County of _Buchanan_ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_Opal Words_
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _10th_ day of _June_, 20_14_

_[signature]_
Notary Public

_1-26-18_
My Commission Expires

ELIZABETH BROADUS
Notary Public - Notary Seal
State of Missouri
Commissioned for Buchanan County
My Commission Expires: January 26, 2018
Commission Number: 13927683