IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

OPAL WORDS,

        Plaintiff,

vs.

SHARON LEE, ET AL.,

        Defendants

Case No.: 14-464-CV-W-ODS

## PLAINTIFF'S SECOND AMMENDMENT COMPLAINT

On May 28th, 2014, the Court requested a second amended complaint to state the citizenship of each defendant, the amount of damages Plaintiff seeks, and Amended complaint which states specific conduct committed by each defendant. The citizenship of defendants, amount of damages that the Plaintiff seeks, and complaints of conduct committed by defendants are attached here-to:

Opal Words, Prose
_____

_____
Notary Public

DEBORAH J. WALLACE
Notary Public-Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires Apr. 9, 2015
Commission # 11539251

[PLEADING TITLE] - 1

## ST. JOHN'S HOSPITAL

St. John's address is 3500 s. 4th st. Leavenworth, Kansas 66048 which is in Leavenworth County Kansas.

The hospital knowingly released me from their care while I had a 1.62 blood clot, chest pains, and diagnosis of overdose. They also failed to Chart, Record, and Report an injury to my right arm and tried to cover up the blood clot.

Documents attached here-to.

Due to her negligence, I have endured past and future pain and suffering, mental anguish, and a violation of my Civil Rights.

I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.

**Discharge Instructions**

# Decrease marinol to 1 pill three times daily.

## SAINT JOHN HOSPITAL

## EMERGENCY DEPARTMENT GENERAL DISCHARGE INSTRUCTIONS

Thank you for choosing Saint John Emergency Department (ED) today and trusting us with your care. It is our expectation that our staff will provide excellent patient care in a friendly and timely manner. If you have any concerns about your experience and need immediate assistance you may call back at (913) 680-6100.

If you wish to speak to a member of the Department Management team during business hours (7a-5p) you can contact the Department Director at (913) 680-6140, or you may contact the Clinical Supervisor at (913) 680-6008. After hours, please leave a message and we will return your call at our earliest convenience.

### YOUR FOLLOW UP INSTRUCTIONS ARE AS FOLLOWS:

- *Do you have a private doctor?* If you do not have a private doctor, please ask for a resource list of physicians or clinics that may be able to assist you with follow up care.

- The Emergency Physician has interpreted your x-rays. The X-ray specialist will also review them. If there is a change in the findings you will be notified in 48 hours when at all possible.

- A lab test or lab culture has been done, your results will be reviewed and you will be notified if you need a change in treatment.

- If you were given a prescription for medications it is important to get the medicine and take it as prescribed. If you have concerns about filling this medication please discuss this with your nurse.

- Antibiotic prescriptions should be filled immediately and taken as prescribed until completely gone. Physicians will not prescribe antibiotics for suspected viral infections as they do not respond to antibiotics.

### ADDITIONAL INSTRUCTIONS AND INFORMATION

- Your care today has been supervised by a physician who is specially trained in emergency care. Many problems require more than one evaluation for a complete diagnosis and treatment. We recommend that you schedule your follow up appointment as recommended to ensure complete treatment of your illness or injury. If you are unable to obtain follow up care and continue to have a problem, or if your condition worsens we recommend that you return to the ED.

- The providers in this Emergency Department utilize the KTrax Drug Monitoring Program to review the prescription drug usage of our patients with the goal of enhancing safe care. This website provides a history of controlled drug usage for each individual patient in the state of Kansas. Any controlled substance that is filled from a prescription written at your visit today will be reported to the state monitoring program. Please ask your provider if you have any questions. This is not a voluntary program.

- We take your concerns about pain control seriously and we value your safety. If you were provided narcotics for pain control, you will need a friend or relative drive you home. We will not provide narcotics without a driver present.

- We are not able to safely determine your condition over the phone nor are we able to give sound medical advice over the phone. For these safety reasons, if you call for medical advice we will ask you to

come to the ED for further evaluation.

- If you have any questions regarding these discharge instructions please call the ED at (913) 680-6100.

## SAFETY INFORMATION

- In the interest of safety, wellness, and injury prevention; we encourage you to wear your seatbelt, if you smoke; quit smoking, and we encourage your family to use protective helmet for bicycling and other sporting events that present an increased risk for head injury.

IF YOUR SYMPTOMS WORSEN, NEW SYMPTOMS DEVELOP OR YOU HAVE CONCERNS ABOUT YOUR CONDITION; OR IF YOUR CONDITION WORSENS WHILE YOU ARE WAITING FOR YOUR FOLLOW UP APPOINTMENT; EITHER CONTACT YOUR PRIMARY CARE DOCTOR (THE PHYSICIAN WHOSE NAME AND NUMBER YOU WERE GIVEN) OR RETURN TO THE ED IMMEDIATELY.



Saint John
Hospital

PC AutoPlay DICOM viewer

Exit viewer before removing disk

Name: WORDS OPAL R   ID: L00005638
Exam Date: 11/08/2012
Exam: XR CHEST 2 VIEWS

Created By: S011.5%
On 11/11/201?
CD ID = 8051 [11821]

Name: WORDS OPAL R    ID: L00005638
Exam Date: 11/09/2012
Exam: CT ANGIOGRAPHY CHEST

pacsliner
Powered By
eFilm Lite

St John Hospital
3500 South 4th Street
Leavenworth KS 66048
913.680.6295
www.providence-health.org

SAINT JOHN HOSPITAL                    WORDS,OPAL R
3500 SOUTH FOURTH STREET TRAFFICWAY     MRN: L00005638
LEAVENWORTH, KS 66048-5172              DOB: 3/27/1958, Sex: F
Diagnostic Imaging                      Adm:11/9/2012, D/C:11/9/2012

Encounter-Level Encounter Level Scans · 11/09/2012: (continued)




L00005638  Outpatient  139888638
Words, Opal R
3/27/58 (54 yrs) Female  ADM: 11/9/12
Sharon D Lee, MD

## Saint John Hospital
*Sisters of Charity of Leavenworth Health System*

### Pre-Procedure Record

Patient Name: _____
Visit No. _____

Examination ☐ Diagnostic  ☐ Vascular Lab  ☑ CT  ☐ Ultrasound  ☐ MRI  ☐ Nuc Med
ER ____  Inpatient RM # _____
Procedure/Site/Side:
(To be completed by nurse/tech - Please Print)

Patient/Parent/Legal Guardian Signature verifies procedure, site/side and allergy information        Date

Reason for Exam: _____

| Yes No | Previous x-ray exams with contrast | Yes No | Other Factors  Ht. ____  Wt. ____ |
|---|---|---|---|
| ☐ ☐ | Allergic reaction to contrast. If yes, describe reaction: | ☐ | Possibility of pregnancy |
| | | ☐ | Date of last menstrual period |
| | | ☐ | History of diabetes mellitus: |
| ☐ ☐ | Allergies (type of reaction): | | Current treatment: ___ Diet ___ Insulin ___ Oral Agent |
| | | ☐ | History of liver disease |
| | | ☐ | History of sickle cell disease |
| | | ☐ | History of multiple myeloma |

Yes No
☐ ☐  See computer printed case notes
Important Factors - Check if applicable
☐ ☐ History of asthma/COPD
☐ ☐ History of heart disease, describe _____
☐ ☐ Hypertension
☐ ☐ Pacemaker
☐ ☐ History of kidney disease
☐ ☐ History of dialysis ___ Hemodialysis ___ Peritoneal dialysis
☐ ☐ Most recent BUN ___ Creat ___ GFR ___
☐ ☐ Anticoagulants  Date dc'd ___
☐ ☐ Smoker (How long ___ )  ☐ Quit (How long ___ )
☐ ☐ Any therapy with nephrotoxic medications including
          glomotherapy or amphotericin, gentamicin
☐ ☐ History of seizure disorders, brain tumor or stroke
☐ ☐ NPO Status ___        ☐ N/A

☐ See medication reconciliation form
Other Pertinent Medical/Surgical History

T ___  P ___  R ___  BP ___
Nurse/Tech Signature _____
Date 11/7/12  Time 10:30 ___

Contrast Data
Premedication for Contrast Allergy
Status: ☐ Existing ☐ Starting in Department  Type: ☐ Catheter  ☐ Butterfly  Gauge: ☐18 ☐19 ☐20 ☐21 ☐22 ☐23 ☐25
Side: ☐Right ☐Left  Site: ☐Antecubital  ☐Forearm  ☐Wrist  ☐Hand  ☐Upper arm  ☐Other ____
IV Started by: _____
IV Contrast Type ____  Volume ____    Injection done by: ____
IV Contrast Type ____  Volume ____    Injection Time ____  Physician ____
Complications: ☐Infiltration  ☐Reaction Describe ____    Oral Contrast Type ____  Volume ____

PRE-PROCEDURE CHECKLIST
| All areas must be completed prior to procedure | Completed in Procedure Room | (NA If Not Applicable) |
|---|---|---|
| **NURSE** | **PHYSICIAN** | **TECHNOLOGIST** |
| ___ Order reviewed | ___ Order and labs reviewed | ___ Order reviewed and labs available |
| ___ H&P, labs available | ___ H&P reviewed, signed | ___ All films, reports verified |
| ___ Consent reviewed, signed | ___ Consent reviewed, signed | ___ Consent received and signed |
| ___ Patient identification verified | ___ Patient identification verified | ___ Patient identification verified |
| ___ Procedure, site/side verified | ___ Procedure, site/side verified and marked | ___ Procedure, site/side verified |
| | | ___ Verified procedure specific equipment/supplies are available and operational |
| Nurse signs _____ | Physician signs _____ | Tech signs _____ |
| Date ___ Time ___ | Date ___ Time ___ | Date ___ Time ___ |

ASRAD                    RA2020SJ / 1211                    page 1 of 1

---

**END OF REPORT**

---

<div style="margin-left: 4em;">

1

2

3

4

5

6

7

8                                         <u>VIOLA RIGGINS</u>

9         Viola Riggins is the Head of Health-Care Services and is located at Landon State Office, Building

10 900, Jackson, 4th floor, Topeka, Kansas 66612 which is in Shawnee County, Kansas.

11         Viola neglected to oversee the actions of the employees in her division after previously making a

12 similar misstep in oversight.

13         Documents attached here-to.

14         Due to her negligence, I have endured past and future pain and suffering, mental anguish, and a

15 violation of my Civil Rights.

16         I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

[PLEADING TITLE] - 10

</div>



# SHAWNEE ... PHYSICIANS GROUP
## Diabetes & Endocrinology Associates

Bradd Silver, MD
Lisa R. Hays, MD
Ce Ce Laws, PA-C, MPAS
Melissa Maguire, RN, CDE

November 19, 2008

RE: Demond Wo
DOB 08/11/1

**Viola Riggins sons record** *(handwritten)*

To Whom It May (

I have been asked t                                         cating what
medications he nee                                         ay, November 18th.
He uses Lantus and                                         Specifically, he takes
28 units of Lantus i                                       g insulin at mealtime.
Occasionally, these                                        d sugar is prior to
taking the insulin.                                        ly essential for him.
He has been on both                                        past which resulted in
numerous hypoglyc

Mr. Words must als                                         edtime. If he feels
symptomatic with a                                         at time as well.

If you have any ques                                       e to contact our
office at (913) 676-7

Sincerely,

CeCe Laws, PA-C

17

8901 W. 74th Street, Suite 269 • Shawnee Mission, KS 66204 • T 913-676-7585 • F 913-676-8189

6-22-11

From:
Opal Words
PO Box 270714
Kansas City, Missouri
64127

To: WARRDEN
LANSing CORRECTiONAl FAcility
POST OFFICE BOX #2
LANSing, KANSAS. 66043


Dear Warrden,
My son, Demond A. Words is incarserated and is in the
Lansing Correctional Facility in Lansing, Kansas. He is a
diabetic and has to use insulin ordered by his doctor.
However, the wrong insulin is being given which caused
a diabetic reaction. (29 is extremely low).
    Due to this my son Demond Words has been beaten by
the guards in late May, early June. There are several people
who have whitness of the absurd tragedy.
    I respectfully request a meeting with you and a
copy of the tape that holds this unnecessary beating
within the next 14 days. Phone # 816-423-0279.

Sincerely : Opal R. Words

→



**U.S. Department of Justice**

Civil Rights Division

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

204-29-0                                    **NOV 08 2011**

Dr. Jesse Milan
  on behalf of Mr. Demond A. Words, #93067
P.O. Box 206
Bonner Springs, KS 66012

        Re:   Lansing Correctional Facility

Dear Dr. Milan:

     This letter is in response to the complaint that you filed with this office
alleging a possible violation of the Americans with Disabilities Act (ADA). The
Disability Rights Section reviews individual complaints filed by persons under Title
II of the ADA.

     After carefully reviewing the information that you provided, we have decided
not to take any further action on your complaint. Unfortunately, due to the thousands
of Title II complaints that we receive each year, we do not have the resources to
resolve all of them. We have made no determination regarding the merits of your
complaint or whether it could be redressed under the ADA or another statute.
Moreover, our decision does not affect your right to pursue your complaint in another
manner. You may wish to contact an attorney or legal service to determine what
remedies may be available.

     We have enclosed a list of agencies and groups in your state that may be of
some assistance to you. If you have access to the internet, the text of the ADA, the
Department's regulations, and many technical assistance publications are provided on
our ADA Home Page at http://www.ada.gov. If you have specific questions about Title
II of the ADA or want copies of technical assistance publications sent to you, you may
call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

     We regret that we are unable to assist you.

                              Sincerely,

                              Dov Lutzker
                              Acting Deputy Chief
                              Disability Rights Section
                              Civil Rights Division

Enclosures

377307

1
2
3
4
5                        <u>ACTIVIS/WATSON PHARMACEUTICAL</u>
6              This company is located at 400 Interpace Pkwy, Parsippany, New Jersey 07054. This is in Morris
7   County, New Jersey.
8              This company failed to enter a recommendation to prevent overdoses. (By weight as opposed to
9   age because even a child can weigh 125 lbs.)
10             This company also failed to tell pharmacists about preventing overdoses.
11             Due to their negligence, I have endured past and future pain and suffering, mental anguish, and a
12  violation of my Civil Rights.
13             I, Opal Words, am requesting that the court grant me $500,000 due to their negligence.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

## PARR PHARMACEUTICAL

This company is located at 300 Tice Blvd. Woodcliff Lake, New Jersey, 07677 which is in Bergen County, New Jersey.

This company failed to enter a recommendation to prevent overdoses. (By weight as opposed to age because even a child can weigh 125 lbs.)

This company also failed to tell pharmacists about preventing overdoses.                  \

Due to their negligence, I have endured past and future pain and suffering, mental anguish, and a violation of my Civil Rights.

I, Opal Words, am requesting that the court grant me $500,000 due to their negligence.

[PLEADING TITLE] - 8

## KANSAS MEDICAID

This company is located at 503 E. Kansas Ave, Topeka, Kansas 66603. This is located in Shawnee County, Kansas.

This company over-sighted four overdosed prescriptions via bodyweight of the patient and FDA approval concerning the dosage prescribed to me causing the blood clot and overdose.

Due to her negligence, I have endured past and future pain and suffering, mental anguish, and a violation of my Civil Rights.

I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.

[PLEADING TITLE] - 7

1

2                          <u>DANIELLE FLANNIGAN pharmD.</u>

3          Danielle is head pharmacist at Walgreens. Store location: 2301 Holmes Rd, Kansas City, Missouri 64108

4    which is in Jackson County.

5          Danielle filled one prescription of Marinol at 3 pills, three times daily consisting of 2.5mg capsules dated at

6    June 2012. She failed to inspect the paperwork given to me which lacked the description of the size, color, and shape

7    of the capsules. The medication was from a different manufacturer which is Activis/Watson.

8          After I questioned her on the pills being round instead of oblong, she wrote on the printed document that

9    lacked the pill description "Parr" was also the manufacturer.

10          Her actions raised questions concerning what the pill was. Because she was the first pharmacist to fill the

11   order, she should have contacted the prescribing doctor in regards to the increase in medication. Her negligence

12   caused me to have an overdose on said medication resulting in my blood clot. Documents attached here-to.

13                    Due to her negligence, I have endured past and future pain and suffering, mental anguish,

14   and a violation of my Civil Rights.

15          I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

[PLEADING TITLE] - 6

# YOUR PERSONAL PRESCRIPTION INFORMATION

| | |
|---|---|
| **PATIENT** OPAL WORDS | **DOCTOR** S. LEE, MD |
| **BIRTH DATE** 03/27/58 | **DRUG DESCRIPTION** |
| **MEDICATION** DRONABINOL 2.5MG CAPSULES | **PATIENT ALLERGIES** |
| **QUANTITY** 270 | |
| **DIRECTIONS** TAKE 3 CAPSULES BY MOUTH THREE TIMES DAILY | |

**INGREDIENT NAME:** DRONABINOL (droe-NAB-i-nol)

**COMMON USES:** This medicine is a cannabinoid used to treat nausea and vomiting. It is also used to increase appetite in patients with severe weight loss. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions or allergies.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. KEEP THIS MEDICINE in a sealed container in the refrigerator. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT EXCEED THE RECOMMENDED dose or take this medicine for longer than prescribed without checking with your doctor. Exceeding the recommended dose may be habit-forming. THIS MEDICINE MAY CAUSE drowsiness or dizziness. If dizziness occurs, rise slowly when sitting up or standing. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Ask your doctor or pharmacist if you have questions about which medicines can cause drowsiness or dizziness. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, anxiety, difficulty concentrating, clumsiness, changes in mood, changes in behavior, difficulty with memory, muscle weakness, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience vomiting, fast heart rate, or irregular heartbeat. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include drowsiness, dry mouth, fast heartbeat, mood changes, slurred speech, loss of coordination, and lightheadedness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

VW-# 0591016

KEEP OUT OF REACH OF CHILDREN. STORE IN SAFETY CONTAINER OR SECURE AREA.

---

OPAL WORDS
Po Box 270714/aka Townsend**, Kansas City, MO 64127
(816)471-2076
**RX # 1004107-10845**          DATE: 06/01/12

**DRONABINOL 2.5MG CAPSULES**
QTY:270    1 REFILL BEFORE 11/28/12
New    NDC:00591-3591-60
Retail Price: $1633.49   Your Insurance Saved You: $1630.49     $ 3.00

S. LEE, MD
MFG:WATSON
DIR/ES/YSY/ /ESY
CLAIM REF# 2512153012743

PLAN: KANPA

*Walgreens*          2300 HOLMES KANSAS CITY, MO 64108
PH: (816)471-2072
Customer Receipt

OPAL WORDS
Po Box 270714/aka Townsend**, Kansas City, MO 64127
(816)471-2076
**RX # 1004107-10845**          DATE: 06/01/12

**DRONABINOL 2.5MG CAPSULES**
QTY:270    1 REFILL BEFORE 11/28/12
New    NDC:00591-3591-60
Retail Price: $1633.49   Your Insurance Saved You: $1630.49     $ 3.00

S. LEE, MD
MFG:WATSON
DIR/ES/YSY/ /ESY
CLAIM REF# 2512153012743

PLAN: KANPA

*Walgreens*          2300 HOLMES KANSAS CITY, MO 64108
PH: (816)471-2072
Duplicate Receipt

Pharmacy use only

**WAITING**          DRONABINOL 2.5MG CAPSULES          QTY 270
WED    11:45AM     00591-**3591**-60
New                REFRIG

<u>VERNITA HAARISTON-MITCHELL, M.D.</u>

Vernita is a Neurologist whom is currently located at K.U. Medical Center addressed at 3901 Rainbow Blvd, Kansas City, Kansas 66160 which is in Wyandotte County, Kansas.

I was also under the care of Dr. Harriston-Mitchell in 2003 while she was a neurologist at Truman Medical Center which is located at 2301 Holmes Rd, Kansas City, Missouri 64108 which is in Jackson County, Missouri. Lastly, I was under her care while she was a neurologist at Research Neurology which is addressed at 6400 Prospect, Suite 316, Kansas City, Missouri 64132. This address is also in Jackson County, Kansas.

Dr. Harriston-Mitchell failed to prescribe Marinol accordingly to patient's weight. Her lack of communication with my P/C resulted in confusion of medical care. Documents attached here-to.

Due to her negligence, I have endured past and future pain and suffering, mental anguish, and a violation of my Civil Rights.

I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.



# TRUMAN MEDICAL CENTERS
☐ Hospital Hill ☐ Lakewood

## NEUROLOGY FOLLOW-UP VISIT

PATIENT IDENTIFICATION

PT# :0000705437          NEUR
      TOWNSEND, OPAL
ACCT:05045-00440          02/14/05
DOB: 03/27/58   F    PT: OPR
FC: S

Time:_____ AM / PM    **APN/RESIDENT/STUDENT**
                              (Circle)

Date of Last Visit: 11/08/04

Chief Complaint:_____

| | |
|---|---|
| BP | 108/69 | Age 46 |
| Pulse | 80 | Sex ☐ Male ☑ Female |
| Resp | 14 | Ht 63 |
| Temp | 100.8 | Wt 135.2 |

Pain 0 1 2 3 4 5 ⑥ 7 8 9 10
Allergies: NKA          Rt ARM
                        Pain
☐ Above data reviewed:_____

HPI Since last visit: 4 mo RH DM 2 follow up for
causalgia of RUE 5 hair, skin A's
Worse to flexion. E cold weather I burning
pain. Also, marijuana helps pain most of
all. Uses mj when pain 9 or 10.
Tried Cymbalta - but not helped.
~~Strength was ~~~~ demands~~

ROS/PMFSH ☐ No Change from _____ ☐ Changes since _____ include:
not working. Applying for section 8 housing
lives better in warm weather.

Medications:
Catapres patch #3
occ tens unit
amitriptyline 10mg ⅱ in am / ⅱ in pm
~~Klonopin using neurontin~~
marijuana prn pain

Assessment:_____        Labs/xrays:
① PSD
② R median neuropathy
③ needle phobia - refuses blood w/u

Plan: Pt using marijuana to help her pain — has been shown to help
pain T some pts.
continue catapres patch
may want to consider relocating to
warmer climate to help T her pain
R/

RTC: 3 mts    3/23/5
To
See: L + M 10:40

# NEUROLOGICAL EXAMINATION

| | | |
|---|---|---|
| General Appearance | ☑ Normal | ☐ Abnormal _____ |

**Mental Status**

| | | |
|---|---|---|
| Alert & oriented X 3 | ☑ Normal | ☐ Abnormal _____ |
| Recent & remote memory | ☑ Normal | ☐ Abnormal _____ |
| Attention span & concentration | ☑ Normal | ☐ Abnormal _____ |
| Language | ☐ Normal | ☐ Abnormal _____ |
| Fund of knowledge | ☐ Normal | ☐ Abnormal _____ |

**Cranial nerves**

| | | |
|---|---|---|
| 1st cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 2nd cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 3rd, 4th & 6th cranial nerves | ☐ Normal | ☐ Abnormal _____ |
| 5th cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 7th cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 8th cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 9th cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 10th cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 11th cranial nerve | ☐ Normal | ☐ Abnormal _____ |
| 12th cranial nerve | ☐ Normal | ☐ Abnormal _____ |

**Musculoskeletal**

7th, deltoid, intr

| | | | |
|---|---|---|---|
| Muscle strength | UE | ☐ Normal | ☐ Abnormal limited access (we test on (R) 20 |
| | LE | ☑ Normal | ☐ Abnormal pain can test least 4+ |
| Muscle tone | UE | ☐ Normal | ☐ Abnormal _____ |
| | LE | ☑ Normal | ☐ Abnormal _____ |
| Movements | | ☑ Normal | ☐ Abnormal _____ |
| Sensation | | ☐ Normal | ☑ Abnormal ↓ PP bilat right deltoid |
| Reflexes | | ☑ Normal | ☐ Abnormal in UE's |
| Coordination | | ☐ Normal | ☐ Abnormal _____ |
| Plantars | | ☐ Normal | ☐ Abnormal _____ |
| Gait | | ☑ Normal | ☐ Abnormal _____ |

**Eyes**

| | | |
|---|---|---|
| optic discs | ☐ Normal | ☐ Abnormal _____ |
| pupil size | ☐ Normal | ☐ Abnormal _____ |

**Cardiovascular**

| | | |
|---|---|---|
| carotid arteries, pulse amplitude | ☐ Normal | ☐ Abnormal _____ |
| Bruits | ☐ No | ☐ Yes _____ |
| BP | ☐ Normal | ☐ Abnormal _____ |
| Peripheral Pulses | ☐ Normal | ☐ Abnormal _____ |

**Head and Face**
see neurological testing of cranial nerves 5 and 7

**Ears, Nose, Mouth & Throat**
see neurological testing of cranial nerves 8, 9, & 10

Signature: _____ Date: _____

Staff Physician Signature: _K.N. D. Watson-Medina_ Date: 2/14/05

 **Family Health CARE**

**Words, Opal R**
52 Y old Female. DOB: 03/27/1958
2912 Ralph Bunch Dr Appt 3, Leavenw, KS-66048
Home: 913-314-3971
Guarantor: Words, Opal R   Insurance: MEDICAID OF KANSAS Payer ID: 00034
Appointment Facility: Quindaro Family Health Care

03/23/2011

Progress Notes: Sharon D Lee, MD

**Current Medications**
Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed for pain
every 6 hrs
Neurontin 400 MG Capsule 1 capsule Three times a day
Amitriptyline HCl 50 MG Tablet 1 tablet at bedtime Once a day

**Reason for Appointment**
1. RSB

Electronically signed by Sharon Lee , MD on 12/03/2012 at 03:24 PM CST
**Sign off status: Pending**

Quindaro Family Health Care
530 Quindaro Blvd
Kansas City, KS 661011458
Tel: 913-722-3100
Fax: 913-722-2542

Patient: Words, Opal R   DOB: 03/27/1958   Progress Note: Sharon D Lee, MD   03/23/2011

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*this med is NOT USED to Treat RSD.*

Result type: Consultation
Result date:24 January 2011 11:23
Result status:Authenticated
Result title:Neurology Clinic Note
Performed by:Hairston-Mitchell, Vernita D. on 24 January 2011 11:38
Verified by:Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
Truman Medical Centers 2301 Holmes Kansas City, MO 64108:
1102400539, TMC HH, OP Clinic, 01/24/2011 - 01/24/2011

**Neurology Clinic Note**

Patient: **WORDS, OPAL ROBERTA**     **MRN: HH000705437**     **FIN: 1102400539**
Age: **52 years**   Sex: **Female**   DOB: **03/27/58**
Associated Diagnoses: **None**
Author: **Hairston-Mitchell, Vernita D.**

**Chief Complaint**
   **CHIEF COMPLAINT**
         01/24/11 09:38           F/U RSD

**History of Present Illness**
   PT is a 52yo AA Female with HX of RSD and right median nerve neuropathy diagnosed on EMG Studies. She presents today for F/U on her RSD and to fill out paperwork for a disability claim. PT states that her pain is "worse" than before. She feels she has less mobility and increased stiffness and cramping on the right side of her body. She says most of the time it is "Stabbing" or "burning" in nature, but at times she has "everything associated with neuropathic pain" but she could not elaborate on this statement. She states that the pain is worse in cold weather and by movements of especially her R arm. However, it is sometimes exacerbated when her L side of her body becomes tired as well. She states that "everything that is physical is exhausting". Her only elaboration on this was that she has a hard time ironing or doing the dishes. Later she said she had pain after dressing in the morning. Medications help, but her behavioral therapy for the pain has actually helped more. Currently she ranks her pain as 5/10, but noted that it was "escalating" because we were talking about it. She states that the pain goes up to 20/10 at times. She has a variable pattern to all of her daily activities based on how bad the pain is that day. She sleeps anywhere from 4 to 9 hours a night, but if she misses sleep she normally is able to make up for it later in the day. Appetite and mood are variable as well. She admits that she has "good days" and "bad days", but more recently the bad days seem to be more often than the good.

   She saw her PCP and was given a prescription of oxycodone which she used last week.

   Records were reviewed which took an extra 20 minutes, ie deposition from Dr abrams' from 2002. She has a court date this week for disability. An additional 20 minutes were spent filling out disability paperwork while in the office.

Result type: Consultation
Result date:24 January 2011 11:23
Result status:Authenticated
Result title:Neurology Clinic Note
Performed by:Hairston-Mitchell, Vernita D. on 24 January 2011 11:38
Verified by:Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
Truman Medical Centers 2301 Holmes Kansas City, MO 64108:
1102400539, TMC HH, OP Clinic, 01/24/2011 - 01/24/2011

also, she has Kansas medicaid.

**Review of Systems**
   **Eye:**  Glaucoma, No Glaucoma .
   **Genitourinary:**  Kidney stones, No kidney stones .
   **MS:** Currently "buring" sentation on the R side of her body.

**Health Status**
   Allergies.**Current medications:**  (Selected).
      Prescriptions
         *Ordered*
            Anusert HC-1 1% cream with applicator: 1 app, PR, BID, 21 gram
            Caltrate 600 with D: 1 tab, PO, TID, 120 tab, 0
            amitriptyline 50 mg oral tablet: 50 mg, 1 tab, PO, QHS, 30 tab
            gabapentin 800 mg oral tablet: 800 mg, 1 tab, PO, TID, 90 tab
            simvastatin 40 mg oral tablet: 40 mg, 1 tab, PO, QHS, 30 tab
         *On Hold, Med Student*
            Catapres-TTS-3:
   **Problem list:** .
      All Problems
         Reflex Sympathetic Dystrophy of the Upper Limb / ICD-9-CM 337.21 / Confirmed / Stable
         Hyperlipidemia / ICD-9-CM 272.4 / Confirmed

**Histories**
   **Past Medical History:** .
      All Problems
         Reflex Sympathetic Dystrophy of the Upper Limb / ICD-9-CM 337.21 / Confirmed / Stable
         Hyperlipidemia / ICD-9-CM 272.4 / Confirmed
   Family History.Procedure history.
**Physical Examination**
   Well developed. Well nourished. No apparent distress.

   **HEENT**
   Normocephalic and atraumatic.

Result type: Consultation
Result date:24 January 2011 11:23
Result status:Authenticated
Result title:Neurology Clinic Note
Performed by:Hairston-Mitchell, Vernita D. on 24 January 2011 11:38
Verified by:Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
Truman Medical Centers 2301 Holmes Kansas City, MO 64108:
1102400539, TMC HH, OP Clinic, 01/24/2011 - 01/24/2011

**Neck**
Supple without carotid bruits.

**Heart**
Regular rhythm and rate.

**Extremities**
No cyanosis, clubbing or edema. Peripheral perfusion is normal. Peripheral pulses normal.

**Mental Status**
Normal
No evidence of apraxia, aphasia, or thought disorder.
Oriented x 4
Fund of knowledge normal.

**Cranial Nerves**
1st cranial nerve: not tested
2nd cranial nerve: normal; Visual fields are full to confrontation. PERRLA
3rd, 4th & 6th cranial nerves: normal; Extraocular movements are intact without nystagmus.
5th cranial nerve: normal; intact muscles of mastication. Intact light touch and pin prick.
7th cranial nerve: normal
8th cranial nerve: normal
9th & 10th cranial nerves: normal; Gag is present
11th cranial nerve: normal
12th cranial nerve: normal

**Motor**
Had normal tone and bulk in all four limbs without any evidence of an arm drift. No abnormal movements
    detected. Strength is 5/5 on BUE and /5 on RLE.
No appreciable hair/nail changes. No changes in color or temperature. No atrophy.

**Sensation**
Intact to light touch and pin prick largely intact, with decreased pin prick on the R side of body and especially on
    the first 3 digital on Right side as well as dorsal and palmar aspects of R hand. Romberg sign is absent.

Result type: Consultation
Result date:24 January 2011 11:23
Result status:Authenticated
Result title:Neurology Clinic Note
Performed by:Hairston-Mitchell, Vernita D. on 24 January 2011 11:38
Verified by:Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
Truman Medical Centers 2301 Holmes Kansas City, MO 64108:
1102400539, TMC HH, OP Clinic, 01/24/2011 - 01/24/2011

**Reflexes**
Diffusely normal with toes downgoing, with the exception 1+ on R brachioradialis.

**Coordination**
Intact to fine finger movements, rapidly alternating movements, fingers to nose, heel to shin and toe tapping.

**Gait**
Normal based without ataxia.  Good heel, toe and tandem walking.

**VS/Measurements**
Vital Signs

| 01/24/11 09:38 | | |
|---|---|---|
| Temperature Oral | 98.0 DegF |
| Heart Rate | 67 bpm |
| Resp. Rate | 16 BRMIN |
| Systolic BP | 120 mmHg |
| Diastolic BP | 79 mmHg |
| BP Site | Left Arm |

, Bariatric Measurements : Bariatric View

| 01/24/11 09:38 | | |
|---|---|---|
| Weight | 56.6 kg |
| Height | 160.05 cm |
| Body Mass Index | 22.1 kg/m2 |

**Impression and Plan**
1. Complex regional Pain syndrome (Reflex sympathetic dystrophy) burning pain seems to be spreading but no physical stigmata of RSD.
2. Right median neuropathy by electromyelogram.
3. Needle phobia.

## PLAN:
1. Increase Neurontin to 800mg TID.
2. DC use of oxycodone
2. Return to care in 6 months for follow up
3. Continue working with behavioral therapy to help in aiding the pain, as this seems to be helping most.
4. Restart Catapres 0.1 mg weekly. In the past 0.2 mg worked the best without side effects.
Pt seen w ith Dr Matthew Brown. PYG-1

Result type: Consultation
Result date:24 January 2011 11:23
Result status:Authenticated
Result title:Neurology Clinic Note
Performed by:Hairston-Mitchell, Vernita D. on 24 January 2011 11:38
Verified by:Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
Truman Medical Centers 2301 Holmes Kansas City, MO 64108:
1102400539, TMC HH, OP Clinic, 01/24/2011 - 01/24/2011

**Completed Action List:**
* Perform by Hairston-Mitchell, Vernita D. on 24 January 2011 11:38
* Modify by Hairston-Mitchell, Vernita D. on 24 January 2011 11:53
* Modify by Hairston-Mitchell, Vernita D. on 24 January 2011 12:15
* Modify by Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
* Sign by Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
* VERIFY by Hairston-Mitchell, Vernita D. on 24 January 2011 12:33
* Review by Inbox, CRC on 03 February 2011 13:41  Proxy Prsnl Stuart, Jamie C Requested by Hairston-Mitchell, Vernita D. on 24 January 2011 12:34

DIRK DUNFEE

I was under the care of Dirk Dunfee, on or about May through September 2012. He is a Nurse Practitioner employed at Family Health-Care which is addressed at 340 SW Boulevard, Kansas City, Kansas 66103 and he is also located at 530 Quindaro, Kansas City, Kansas 66107. Both buildings are located in Wyandotte County, Kansas.

Dirk prescribed me a bottle of Marinol consisting of 2.5mg capsules that were to be taken at three pills, three times daily. This prescription came with one refill dated on July 2012. He then prescribed me another identical bottle with the same instructions with one refill that was dated for September 2012. The dosage he prescribed is three times the legal amount that should be given to a 125 lb. woman according to the FDA.

Due to his negligence in taking blood samples, I overdosed on Marinol, causing the nearly-fatal blood clot dated at November 8th, 2012. He also failed to communicate with my neurologist in regards to what she was using to treat the RSD.

Due to his negligence, I have endured past and future pain and suffering, mental anguish, and a violation of my Civil Rights.

I, Opal Words, am requesting that the court grant me $500,000 due to his negligence.

[PLEADING TITLE] - 4



**Words, Opal R**
54 Y old Female, DOB: 03/27/1958
2912 Ralph Bunch Dr Appt 3, Leavenw, KS-66048
Home: 913-314-3571
Guarantor: Words, Opal R   Insurance: MEDICAID OF KANSAS Payer ID: 00034
PCP: Sharon D Lee
Appointment Facility: SW Blvd Family Health Care

---

05/22/2012                                        Progress Notes: Dirk Dunfee, RN NP

**Current Medications**
Amitriptyline HCl 50 MG Tablet 1 tablet at bedtime Once a day
Catapres-TTS-1 0.1 MG/24HR Patch Weekly 1 patch
Simvastatin 10 MG Tablet 1 tablet every evening Once a day
Neurontin 400 MG Capsule 1 capsule Three times a day
Marinol 2.5 MG 3 capsules 3 capsules before meals Every 6-8 hours as needed,
stop date 06/16/2012

**Past Medical History**
RSD
HLD

**Reason for Appointment**
1. Sympt-Pain

Electronically signed by Dirk Dunfee , ARNP on 12/03/2012 at 03:24 PM CST
Sign off status: Pending

---

SW Blvd Family Health Care
340 SW Blvd
Kansas City, KS 661032150
Tel: 913-722-3100
Fax: 913-722-2542

---

Patient: Words, Opal R   DOB: 03/27/1958   Progress Note: Dirk Dunfee, RN NP   05/22/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# Progress Notes

Patient: Words, Opal R                                                Provider: Dirk Dunfee, RN NP
DOB: 03/27/1958 Age: 54 Y Sex: Female                                   Date: 04/17/2012
PCP: Sharon D Lee

**Reason for Appointment**
1. HTN/RSD Follow up
2. NS

**History of Present Illness**
([f/u]) The pt is here for follow-up of:
54 year old female presents with c/o Hypertension No new problems, pt reports condition is stable, no medication issues. c/o Neuro RSD - pt is here because her neurologist is out of the office, was told to come here. Reports R arm is discolored (lighter) for about 1 week, reports the pain is worse - more high pain days than low, pt is requesting a letter from Dr. Lee explaining that her marinol and marijuana use is treatment for her RSD; previous letter to landlady is on file.

**Current Medications**
Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed for pain every 6 hrs, stop date 01/16/2011
Amitriptyline HCl 50 MG Tablet 1 tablet at bedtime Once a day
Catapres-TTS-1 0.1 MG/24HR Patch Weekly 1 patch
Simvastatin 10 MG Tablet 1 tablet every evening Once a day
Neurontin 400 MG Capsule 1 capsule Three times a day
Marinol 5 MG Capsule 1 cap before meals Every 6-8 hours as needed, stop date 04/27/2012
Medication List reviewed and reconciled with the patient

**Past Medical History**
RSD
HLD

**Allergies**
N.K.D.A.

**Review of Systems**
FHC Cardio:
    no Irregular heartbeat. no Chest pain. no Fainting. no Swelling of feet.
FHC Derm:
    no Rash. no Bruising. no Jaundice. no Lump or lesion.
FHC ENT:
    no Hearing change. no Ear pain. no Sore throat. no Mouth pain.
FHC GI:
    no Painful swallowing. no Constipation. no Diarrhea. no Nausea. no Vomiting. no Abdominal pain.
FHC GU:
    no Change in Urination. no Discharge . Menstrual Irregularity N/A or no. no Ulcer/sore/rash.
FHC Musculoskeletal:
    Muscle ache YES. Joint Pain YES. no Joint swelling. no Stiff neck.
FHC Neuro:
    no Dizzy/Lightheaded. no Tingling. no Weakness. no Tremor. no Headache.

---

Patient: Words, Opal R                                                Provider: Dirk Dunfee, RN NP
DOB: 03/27/1958                                         Date: 04/17/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**FHC Psych:**
no Depression. no Insomnia. no Memory change.
**FHC Pulm:**
no Shortness of breath. no Cough. no Wheezing.
**FHC Ophthal:**
no Change in vision. no Eye pain. no Yellowing of eyes. no Redness of eyes.
**FHC Constitutional:**
no Fever. Chills YES. Sweats YES. Fatigue YES. Decreased appetite YES. no Increased thirst.
**FHC Treatment:**
How many doses of medication have you missed this past month? NA, or Never missed. Pt medication issues/questions None.

**Vital Signs**
Wt 131, Ht 63, BP 100/70, Pulse sitting 80, RR 16, Temp 98.0, LMP: 03/2012, BMI 23.20.

**Physical Examination**
**FHC MENTAL STATUS:**
Affect/Attitude/Behavior/Mood alert and oriented, no apparent abnormality. Eye Contact: normal. Grooming/Appearance appropriate. Thought Process normal, Content normal, Age-appropriate.
**FHC HEENT:**
HEAD normocephalic, atraumatic.
**FHC OPHTH:**
Conjunctiva: clear. Extraocular Movements: intact. Pupils: pupils are equally round and reactive. Sclera: clear.
**FHC NECK:**
Cervical lymph nodes: no lymphadenopathy. Range of Motion: normal. Thyroid: unremarkable.
**FHC PULM:**
Effort: normal respiratory effort. Breath sounds: clear to auscultation .
**FHC CARDIO:**
Heart Sounds: normal S1 and S2, no murmur. Rate: regular. Rhythm: regular.
**FHC EXTR:**
EDEMA: no.
**FHC MUSCULOSKELETAL:**
Muscle Strength normal. Posture: upright . ROM: FROM.
**FHC NEURO:**
Normal alert and oriented X 3. Movement: No abnormal movements. Gait normal.
**FHC DERM:**
Color: R arm may be somewhat lighter in color than L, if so very subtly.

**Assessments**
1. Reflex sympathetic dystrophy of the upper limb - 337.21 (Primary)
2. Unspecified essential hypertension - 401.9

Agree- evaluation completed with scribe L. Blasi, MS3.

**Treatment**
1. Reflex sympathetic dystrophy of the upper limb
Refill Marinol 3 capsules, 2.5 MG, 3 capsules before meals, Orally, Every 6-8 hours as needed, 30 days, 270, Refills 1
Jennifer to call patient about resources to relocate. OK to increase marinol to 7.5 mg tid, patient will call when needs this. Drafted updated copy of marijuana letter, based on Dr. Lee's earlier letter.

**Follow Up**
prn

Electronically signed by Dirk Dunfee , ARNP on 04/19/2012 at 07:00 AM CDT
Electronically co-signed by Sharon Lee on 05/23/2012 at 11:21 PM CDT
Sign off status: Completed

---

Patient: Words, Opal R
DOB: 03/27/1958

Provider: Dirk Dunfee, RN NP
Date: 04/17/2012

 **Family Health CARE**

**Words, Opal R**
54 Y old Female, DOB: 03/27/1958
PO 270714, Kansas City, MO, US 64127
Home: 816-423-0279
Provider: Lee, Sharon D

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | McQuitty, Rachel | Date: 05/30/2012 |
| | | Time: 10:16 AM |
| **Caller** | Pt | |
| **Reason** | Rx needs filled | |
| **Message** | Marinol 2.5 MG 3 capsules | |
| **Action Taken** | Terry,Kathleen , RN 05/30/2012 10:29:33 AM > Rx placed in ecw and phoned into above pharmacy. thanks. | |

Patient: Words, Opal R   DOB: 03/27/1958   Provider: Lee, Sharon D   05/30/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# SOUTHWEST BOULEVARD FAMILY HEALTH CARE
## SERVICES OF GREATER KANSAS CITY, INC.

April 17, 2012

To Whom It May Concern:

Opal Words (DOB 3/27/58) is a patient here. She has chronic pain, diagnosed by neurologists as reflex sympathetic dystrophy of her right arm, and right median nerve neuropathy. Due to these diagnoses, Ms. Words has reportedly been prescribed medical marijuana in a state where its use for medicinal purposes is legal. The medication provides her significant relief and she is trying to return to a state which recognizes the legality of her treatment. In the interim she has requested this letter as an explanation of her condition.

Sincerely,

Dirk Dunfee, A.R.N.P.

1

## SHARON LEE, M.D.

2      I was under the care of Sharon Lee, M.D. on or about the year of 2010. She is employed at Family Health-
Care which is addressed at 340 SW Boulevard, Kansas City, Kansas, 66103. She also has another location addressed

3      at 530 Quindaro, Kansas City, Kansas, 66107. Both addresses are located in Wyandotte County, Kansas.

4      During the year 2010, Dr. Lee prescribed Marinol at 5mg every 6-8 hours. I had previously mentioned to
Dr. Lee that I thought my Antitripline dosage was too high. She then decreased my Antitripline dosage slightly, but

5      she neglected to blood sample the levels of medication causing the problem.

6      From 2010 to Nov, 8th 2012, which is the date of my overdose, Dr. Lee failed to extract any blood samples.
(Attachment here-to Documenting of Treatment)

7

8      Due to Dr. Lee's negligence, I have endured past and future pain and suffering, mental anguish,
and a violation of my Civil Rights.

9

10      I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

[PLEADING TITLE] - 3

## Additional Allegations gainst Defendant Sharon Lee, M.D.

On or about the year of 2010, I was under the care of Dr. Sharon Lee, M.D. I first discussed with Dr. Lee that I suffer from RSD. I was previously under the care of Neurologist Dr. Vernita Harriston-Mitchell. I enlightened Dr. Lee about all of the medications that Dr. Harriston-Mitchell was treating me with including but not limited to the use of smoking marijuana as needed for pain. After having received a citation for the possession of marijuana (two marijuana cigarettes), Dr. Lee wrote a letter in which she condoned the use of marijuana for RSD. I then gave the court said letter and the citation was dismissed. After the dismissal of the citation, Dr. Lee tried to get me a prescription of Marinol but my insurance did not cover the medicine at the time. At this point, I continued to smoke marijuana as needed. At a later date, Dr. Lee again prescribed me Marinol, at which point my insurance company had approved the prescription. Dr. Lee then prescribed me Marinol at 5mg every 6-8 hours. Later, Dr. Lee increased the Marinol dosage to 3 pills 3 times daily. Over a period of time, the increase in dosage of Marinol began to make me feel worse (though I did not know what was wrong at the time). I then suggested that Dr. Lee discontinue the prescription of Marinol and send me to a state that recognizes the use of medicinal marijuana because this method is what helped the most significantly.

Dr. Lee has claimed that she performed a venipuncture on October 13, 2012 at her office on Southwest Boulevard which did not happen at all. This I know because no veins stood up that day. Dr. Lee then advised me to go home and drink lots of water and come back on a day that my veins were clearly visible because she desperately needed a blood sample from me. She told me, and here I quote, "I haven't gotten your blood sample since I've been seeing you." On November 8th, 2012, I suffered two hard pains in my heart and promptly checked myself in the E.R. at St. John's Hospital.

I would also like to mention that the dates shown on Dr. Lee's claim's report and her office notes do not coincide with the records that Walgreen's showed regarding the prescriptions of Marinol.

Lastly I requested my medical records for closer examination and Dr. Lee has yet to release them to me, even to this day.

(Documents attached here-to in order of allegation.)

NOR SUMMONS and COMPLAINT TICKET

KANSAS } ss. No. C 50440

ANDOTTE
AS CITY

C 50440

DEFENDANT

T OF THE UNIFIED GOVERNMENT OF
ANSAS CITY, KANSAS

_____ DAY OF _____ 20___ AT _____ □ A.M. □ P.M.

(Please Print) First Middle

COMPLEX. HAIR ___ EYES

DATE ___ RACE ___ SEX ___ HT. ___ WT. ___

NT IN THE CITY, COUNTY AND STATE AFORESAID AND DO THEN AND
LLOWING OFFENSE. DISTRICT ___

E AND
= THIS
R THE

N THE
OF AN
OURT

RTHER STATES THAT HE HAS JUST AND REASONABLE GROUNDS TO
BELIEVE THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE
TRARY TO LAW.
IBED

Complainant served copy ☒

ME

OR BY _____ Complainant

Add. _____

20___

Phone _____

Serial No. 1899 Officer _____

d title 9 DAY OF August 20 ___ □ 8:00 A.M. □ 1:00 P.M.

701 N. 7th Street Kansas City, Kansas

JULT. I PROMISE TO APPEAR IN SAID COURT OR BUREAU AT SAID

DEFENDANT: X _____

S
A
U-FRIDAY

MUNICIPAL COURT
KANSAS CITY, KANSAS 66101
TELEPHONE 573-5200

OFFICE HOUR
8 A.M. TO 5 PA
MONDAY THRI

## INSTRUCTIONS

YOU MUST APPEAR PERSONALLY IN COURT, ON THE DAT
AT THE TIME AND PLACE INDICATED ON THE FRONT OF
SUMMONS. NO CONTINUANCE WILL BE GRANTED OVE
TELEPHONE.

FAILURE TO SATISFY THIS SUMMONS WILL RESULT II
ISSUANCE OF A WARRANT FOR YOUR ARREST. THE FILING
ADDITIONAL CHARGE "FAILURE TO APPEAR" AND C
COSTS.

PAYMENT OF FINES MAY BE MADE IN CASH, CHECKS C
CREDIT CARD.

DISMISSED

CLINICAL REFERENCE® LABORATORY

GLOBAL SERVICES

MED SHIELD
By Clinical Reference Laboratory

Report Version 1

## Report Summary                 Patient Results Not Expected

| Patient Information | Sample Information | Physician Information |
|---|---|---|
| **WORDS, OPAL**<br><br>DOB: **03/27/1958**<br>Gender: **F**<br>Patient ID: *Not Provided*<br>SSN #: *Not Provided* | Date Collected: **12/03/2012**<br>Date Received: **12/04/2012**<br>Date Reported: **12/05/2012**<br><br>Accession #: M100002427<br>Requisition #: PM30007596 | **Dr. Stewart Grote**<br><br>ASSOCIATES IN FAMILY HEALTH CARE<br>712 1ST TERRACE, STE A<br><br>LANSING, KS 66043<br>641104.31888 |

**Listed Medication(s):**

No Medications Indicated

**Test Profile Description(s):**  LP005HM0 - MedShield Monitoring Profile 14

| | Confirmation Outcome | Drug Evaluation | Clinical Consultant Comments |
|---|---|---|---|
| **THC/THC METABOLITE THC/substances detected** | | | |
| Carboxy-THC | Detected | Not Expected | The active ingredient of marijuana is delta-9-tetrahdrocannabinol (THC). It is metabolized to Carboxy-THC and detectable for 1-3 days following a single use of a marijuana cigarette. With chronic use, detection can last up to 30 days or more. Certain medications can cause false-positive urine screens but not with mass spectrometry confirmations. Prescription Marinol is the synthetic form of marijuana. Marinol is not listed as a prescribed medication. |

| Specimen Validity Testing | | |
|---|---|---|
| **Test** | **Result** | **Acceptable Range** |
| General Oxidants | 0 | <200 ug/mL |
| pH | 7.2 | ≥3.0 and <11.0 |
| Creatinine | 30.0 | ≥2.0 mg% |

*please give copy to Dr. Grote she will be following up 2 new 12/10/12 TOB*

CLIA #1702005163
CAP #7534172
Lab Director: Dr. David Kuntz, PhD, DABFT

Clinical Reference Laboratory, Inc.
8433 Quivira, Lenexa, KS 66215
(855) 895-4683

Page 1 of 3
12/5/2012    6:14:53PM
Template Version 20120724.08

 CLINICAL REFERENCE® LABORATORY

 MED SHIELD ver. 1

## Report Detail

| Patient Information | Sample Information | Physician Information |
|---|---|---|
| WORDS, OPAL | Date Collected: 12/03/2012 | Dr. Stewart Grote |
| SSN #: Not Provided | Requisition #: PM30007596 | 641104.31888 |

Ordering Physician: **Dr. Stewart Grote**

| | Screen Cutoff (ng/mL) | Result | Confirmation Cutoff (ng/mL) | Result | Drug Evaluation | Comment Code |
|---|---|---|---|---|---|---|
| **ILLICIT** | | | | | | |
| Amphetamines | 500 | Negative | | | Expected | |
| **Cannabinoids** | **20** | **POSITIVE** | | | **Not Expected** | |
|    Carboxy-THC | | | 10 | 21 | **Not Expected** | 0500 |
| Cocaine | 150 | Negative | | | Expected | |
| Ecstasy (MDMA) | 500 | Negative | | | Expected | |
| PCP | 25 | Negative | | | Expected | |
| **NARCOTICS** | | | | | | |
| 6-Acetylmorphine | 10 | Negative | | | Expected | |
| Buprenorphine | 5 | Negative | | | Expected | |
| Fentanyl | 0.75 | Negative | | | Expected | |
| Methadone | 300 | Negative | | | Expected | |
| Opiates | 100 | Negative | | | Expected | |
| Oxycodone | 100 | Negative | | | Expected | |
| Tapentadol | 100 | Negative | | | Expected | |
| **BENZODIAZEPINES** | | | | | | |
| Benzodiazepines | 100 | Negative | | | Expected | |
| **STIMULANTS** | | | | | | |
| Methylphenidate | 300 | Negative | | | Expected | |
| **BARBITURATES** | | | | | | |
| Barbiturates | 200 | Negative | | | Expected | |
| **ADDITIONAL** | | | | | | |
| Alcohol (mg%) | 0.04 | Negative | | | Expected | |
| Tricyclics Antidepressants | 100 | Negative | | | Expected | |

### Specimen Validity Testing

| Test | Result | Acceptable Range |
|---|---|---|
| General Oxidants | 0 | <200 µg/mL |
| pH | 7.2 | ≥3.0 and <11.0 |
| Creatinine | 30.0 | ≥2.0 mg% |

CLIA #17D2005163
CAP #7534172
Lab Director: Dr. David Kuntz, PhD, DABFT

Clinical Reference Laboratory, Inc.
8433 Quivira, Lenexa, KS 66215
(855) 895-4683

Page 2 of 3
12/5/2012    6:14:53PM
Template Version 20120724.08



CLINICAL REFERENCE LABORATORY

MED SHIELD
ver. 1

| Patient Information | Sample Information | Physician Information |
|---|---|---|
| WORDS, OPAL | Date Collected:  12/03/2012 | Dr. Stewart Grote |
| SSN #:    Not Provided | Requisition #:  PM30007596 | 641104.31888 |

Ordering Physician: **Dr. Stewart Grote**
Clinical Consultant Comments:

Comment Code     Comment Details
0500             The active ingredient of marijuana is delta-9-tetrahdrocannabinol (THC). It is metabolized to Carboxy-
                 THC and detectable for 1-3 days following a single use of a marijuana cigarette. With chronic use,
                 detection can last up to 30 days or more. Certain medications can cause false-positive urine screens but
                 not with mass spectrometry confirmations. Prescription Marinol is the synthetic form of marijuana.
                 Marinol is not listed as a prescribed medication.

Drug Evaluation performed by Clinical Consultants:
University Services
10551 Decatur Rd
Philadelphia, PA  19154

CLIA #17D2005163
CAP #7534172
Lab Director: Dr. David Kuntz, PhD, DABFT

Clinical Reference Laboratory, Inc.
8433 Quivira, Lenexa, KS  66215
(855) 895-4683

Page 3 of 3
12/5/2012    6:14:53PM
Template Version 20120724.08



# UM (Marinol 2.5 MG)

**Generic Name:** dronabinol

Pill imprint UM has been identified as **Marinol 2.5 MG**.

Marinol is used in the treatment of nausea/vomiting, chemotherapy induced; anorexia; aids related wasting and belongs to the drug class miscellaneous antiemetics. Risk cannot be ruled out during pregnancy. Marinol 2.5 MG has a potential for abuse less than the drugs in schedules 1 and 2. The drug has a currently accepted medical use in treatment in the United States. Abuse of the drug may lead to moderate or low physical dependence or high psychological dependence.

See also related documents.



## Neuropathy Treatment
www.neuropathytreatmentgroup.com
Treat Nerve Pain & Numbness w/Free Trial. Neuropathy Treatment Group™.

## Images for UM (Marinol 2.5 MG)



MICROMEDEX

Marinol

Generic Name:
   dronabinol

Imprint:
   UM

Strength:
   2.5 MG

Color:
   White

Size:
   8.00 mm

Shape:
   Round

Availability:
   Prescription only

Drug Class:
   Miscellaneous antiemetics

Pregnancy Category:
   C - Risk cannot be ruled out

CSA Schedule:
   3 - Moderate abuse potential

Manufacturer:
   Unimed Pharmaceuticals

**SHARON DIAN LEE, M.D.**
340 SOUTHWEST BOULEVARD
KANSAS CITY, KS 66103-3150

NAME: _Opalnake_ 3-27-56  AGE 20

ADDRESS: _1021_ ... HOT DATE 9/17/10

KCK 66101

TAMPER-RESISTANT FEATURES INCLUDE:
SAFETY BLUE ERASE-RESISTANT BACKGROUND
AND "ILLEGAL" PANTOGRAPH

Rx

Marinol 5mg
#90
1mg pm

- [ ] 1-24
- [ ] 25-49
- [ ] 50-74
- [x] 75-100
- [ ] 101-150
- [ ] 151 and over
- _____ Units

Refill NR 1 2 3 4 5

[signature]

DISPENSE AS WRITTEN     BRAND EXCHANGE PERMISSIBLE

8IFP1317738

SW Blvd Family Health Care
340 SW Blvd, Kansas City, KS, 661032150
Tel: 913-722-3100 Fax: 913-722-2542
Prepared By: Terry, Kathleen, RN

Sharon D Lee, MD
Family Medicine

PRINTED PRESCRIPTION

Trans ID: 7011120161522929262000

Words, Opal R
, Kansas City, KS-XXYXXX
DOB: 05/27/1998, Phone: 816-423-0279

Date: 12/06/2011

℞

Marinol Capsule 5 MG Oral
Disp: 90*** (NINETY)
Sig: 1 cap before meals Every 6-8 hours as needed 30 days

Refills: ***0*** (ZERO)
DEA #: AL2260777
NPI #: 1134943908
Lic #: 4020303

To insure brand name dispensing, prescriber must write "Dispense As Written" or "D.A.W" on the prescription.

Sharon D Lee, MD,



FAMILY
HEALTH
C A R E

9/2/2010

To Whom It Concerns,

This is concerning Ms. Opal Words (DOB3/27/58) who is seen in our clinic. She has painful conditions, diagnosed by neurologists as reflex sympathetic dystrophy of her right arm and right median nerve neuropathy. Due to these diagnoses, Ms. Words was reportedly prescribed medical marijuana in a state where it is legally used for medicinal purposes. The medication provides her significant relief and she is trying to return to a state which recognizes the legality of her treatment. In the interim she has requested this letter as an explanation of her condition.

Sincerely,

Sharon Lee, MD
Director



FAMILY
HEALTH
C A R E

9/2/2010

To Whom It Concerns,

This is concerning Ms. Opal Words (DOB3/27/58) who is seen in our clinic. She has painful conditions, diagnosed by neurologists as reflex sympathetic dystrophy of her right arm and right median nerve neuropathy. Due to these diagnoses, Ms. Words was reportedly prescribed medical marijuana in a state where it is legally used for medicinal purposes. The medication provides her significant relief and she is trying to return to a state which recognizes the legality of her treatment. In the interim she has requested this letter as an explanation of her condition.

Sincerely,

Sharon Lee, MD
Director

Copy

# O.W. - Date of Service

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 3/1/2010 | 3/1/2010 | 8/5/2010 | $159.22 | $159.22 | - | | | KANSAS HEALTH SOLUTIONS |
| 4/1/2010 | 4/1/2010 | 8/5/2010 | $159.22 | $159.22 | - | | | KANSAS HEALTH SOLUTIONS |
| 5/1/2010 | 5/1/2010 | 8/5/2010 | $159.22 | $159.22 | - | | | KANSAS HEALTH SOLUTIONS |
| 6/1/2010 | 6/1/2010 | 8/5/2010 | $159.22 | $159.22 | - | | | KANSAS HEALTH SOLUTIONS |
| 7/1/2010 | 7/1/2010 | 8/5/2010 | $155.62 | $155.62 | - | | | KANSAS HEALTH SOLUTIONS |
| 7/1/2010 | 4/7/2011 | $4.03 | $4.03 | | - | | - | MTM INC |
| 7/14/2010 | 7/22/2010 | $11.99 | $1.87 | | - | | 00378261001 - AMITRIPTYLINE HCL | WALGREENS 10945 |
| 7/14/2010 | 7/22/2010 | $14.23 | $0.00 | | - | | 00005550919 - CALTRATE 600 + D | WALGREENS 10945 |
| 7/14/2010 | 7/22/2010 | $97.99 | $0.00 | | - | | 53746010205 - GABAPENTIN | WALGREENS 10945 |
| 7/16/2010 | 7/22/2010 | $14.23 | $0.00 | | - | | 00005550919 - CALTRATE 600 + D | WALGREENS 10945 |
| 7/16/2010 | 7/29/2010 | $36.00 | $0.00 | 7851 - Palpitations | 99212 - OFFICE/OUTPATIENT VISIT EST | | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/16/2010 | 7/29/2010 | $69.00 | $18.35 | 7851 - Palpitations | 93005 - ELECTROCARDIOGRAM TRACING | | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/16/2010 | 8/12/2010 | $18.00 | $0.00 | 78650 - Unspecified chest pain | 93010 - ELECTROCARDIOGRAM, ROUTINE ECG WITH AT L | | - | UNIVERSITY PHYSICIAN ASSOC |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 7/16/2010 | 7/16/2010 | 8/12/2010 | $18.00 | $10.41 | 78650 - Unspecified chest pain | 93010 - ELECTROCARDIOGRAM, ROUTINE ECG WITH AT L | - | UNIVERSITY PHYSICIAN ASSOC |
| 7/16/2010 | 7/16/2010 | 8/12/2010 | $46.00 | $27.76 | 7851 - Palpitations | 99212 - OFFICE/OUTPATIENT VISIT EST | - | UNIVERSITY PHYSICIAN ASSOC |
| 7/18/2010 | 7/18/2010 | 7/29/2010 | $209.99 | $0.00 | - | - | 68462012705 - GABAPENTIN | WALGREENS 10845 |
| 7/18/2010 | 7/18/2010 | 8/5/2010 | $36.00 | $0.00 | 7820 - Disturbance of skin sensation | 99212 - OFFICE/OUTPATIENT VISIT EST | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/19/2010 | 7/19/2010 | 8/12/2010 | $138.00 | $52.22 | 2724 - Other and unspecified hyperlipidemia | 99214 - OFFICE/OUTPATIENT VISIT EST | - | UNIVERSITY PHYSICIAN ASSOC. |
| 7/22/2010 | 7/22/2010 | 7/29/2010 | $209.99 | $0.00 | - | - | 68462012705 - GABAPENTIN | WALGREENS 10845 |
| 7/22/2010 | 7/22/2010 | 8/5/2010 | $13.00 | $0.00 | 2720 - Pure hypercholesterolemia | 36415 - COLLECTION OF VENOUS BLOOD BY VENIPUNCTU | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/22/2010 | 7/22/2010 | 8/5/2010 | $118.00 | $19.02 | 2720 - Pure hypercholesterolemia | 80061 - LIPID PANEL. THIS PANEL MUST INCLUDE THE | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/22/2010 | 7/22/2010 | 8/5/2010 | $125.00 | $13.80 | 2720 - Pure hypercholesterolemia | 80076 - HEPATIC FUNCTION PANEL | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/30/2010 | 7/30/2010 | 8/5/2010 | $209.99 | $0.00 | - | - | - | WALGREENS 10845 |
| 7/30/2010 | 7/30/2010 | 8/19/2010 | $11.99 | $0.00 | - | - | 00378035010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 8/1/2010 | 8/1/2010 | 8/5/2010 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 8/1/2010 | 8/1/2010 | 8/5/2010 | $155.62 | $155.62 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 8/1/2010 | 8/1/2010 | 4/7/2011 | $4.03 | $4.03 | - | - | - | MTM INC |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 8/12/2010 | 8/12/2010 | 8/26/2010 | $36.75 | $5.00 | V7260 - "Laboratory examination | 85025 - BLOOD COUNT; COMPLETE (CBC), AUTOMATED ( | - | QUEST DIAGNOSTICS |
| 8/12/2010 | 8/12/2010 | 8/26/2010 | $44.99 | $12.48 | V7260 - "Laboratory examination | 80053 - COMPREHENSIVE METABOLIC PANEL | - | QUEST DIAGNOSTICS |
| 8/12/2010 | 8/12/2010 | 8/22/2010 | $10.00 | $0.00 | 33720 - Unspecified reflex sympathetic dystrophy | 36415 - COLLECTION OF VENOUS BLOOD BY: VENIPUNCTU | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/12/2010 | 8/12/2010 | 8/22/2010 | $25.00 | $0.00 | 33720 - Unspecified reflex sympathetic dystrophy | 99000 - HANDLING AND/OR CONVEYANCE OF SPECIMAN F | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/12/2010 | 8/12/2010 | 9/2/2010 | $85.00 | $15.12 | 33720 - Unspecified reflex sympathetic dystrophy | 80061 - LIPID PANEL. THIS PANEL MUST INCLUDE THE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/12/2010 | 8/12/2010 | 9/2/2010 | $185.00 | $105.12 | 33720 - Unspecified reflex sympathetic dystrophy | 99204 - OFFICE/OUTPATIENT VISIT NEW | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/12/2010 | 8/16/2010 | 9/16/2010 | $20.00 | $0.00 | 4699 - Acute upper respiratory infections of unspecified site | 81003 - URINALYSIS AUTO WO SCOPE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/12/2010 | 8/16/2010 | 9/16/2010 | $20.00 | $1.50 | 4699 - Acute upper respiratory infections of unspecified site | 81003 - URINALYSIS AUTO WO SCOPE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/12/2010 | 8/16/2010 | 9/16/2010 | $25.00 | $0.00 | 4699 - Acute upper respiratory infections of unspecified site | 99000 - HANDLING AND/OR CONVEYANCE OF SPECIMAN F | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/16/2010 | 9/16/2010 | $45.00 | $0.00 | 4699 - Acute upper respiratory infections of unspecified site | 88164 - CYTOPATH TBS C/V MANUAL | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/16/2010 | 9/16/2010 | $45.00 | $12.41 | 4699 - Acute upper respiratory infections of unspecified site | 88164 - CYTOPATH TBS C/V MANUAL | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/16/2010 | 9/16/2010 | $90.00 | $0.00 | 4699 - Acute upper respiratory infections of unspecified site | 87491 - CHYLMD TRACH DNA AMP PROBE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/16/2010 | 9/16/2010 | $80.00 | $0.00 | 4699 - Acute upper respiratory infections of unspecified site | 87591 - N GONORRHOEAE DNA AMP PROB | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/16/2010 | 9/16/2010 | $80.00 | $0.00 | 4699 - Acute upper respiratory infections of unspecified site | 87491 - CHYLMD TRACH DNA AMP PROBE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/16/2010 | 9/16/2010 | $80.00 | $41.22 | 4699 - Acute upper respiratory infections of unspecified site | 87491 - CHYLMD TRACH DNA AMP PROBE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 8/18/2010 | 8/18/2010 | 9/16/2010 | $80.00 | $41.22 | 4659 - Acute upper respiratory infections of unspecified site | 87591 - N.GONORRHOEAE DNA AMP PROB | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/18/2010 | 9/18/2010 | $130.00 | $0.00 | 4659 - Acute upper respiratory infections of unspecified site | 99214 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 8/18/2010 | 9/18/2010 | $130.00 | $62.22 | 4659 - Acute upper respiratory infections of unspecified site | 99214 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 8/18/2010 | 10/21/2010 | $80.00 | $0.00 | | 4659 - Acute upper respiratory infections of unspecified site | 87491 - CHYLMD TRACH DNA AMP PROBE | - | QUEST DIAGNOSTICS |
| 8/18/2010 | 10/21/2010 | $80.00 | $0.00 | | 4659 - Acute upper respiratory infections of unspecified site | 87591 - N.GONORRHOEAE DNA AMP PROB | - | QUEST DIAGNOSTICS |
| 8/20/2010 | 8/26/2010 | $11.99 | $2.87 | | - | - | 00378065010 - AMITRIPTYLINE HCL | WALGREENS #10125 |
| 8/20/2010 | 8/26/2010 | $14.99 | $4.40 | | - | - | 53746027205 - SULFAMETHOXAZOLE - TRIMETHOPRIM | WALGREENS #10125 |
| 8/24/2010 | 9/16/2010 | $90.00 | $8.56 | | V7612 - Other screening mammogram | 77052 - COMP SCREEN MAMMOGRAM ADD-ON | - | UNIV OF KANS MED CTR OPD |
| 8/24/2010 | 9/16/2010 | $284.00 | $70.26 | | V7612 - Other screening mammogram | G0202 - SCREENING MAMMOGRAPHY, PRODUCING DIRECT | - | UNIV OF KANS MED CTR OPD |
| 8/24/2010 | 9/30/2010 | $5.00 | $2.34 | | V7612 - Other screening mammogram | 77052 - COMP SCREEN MAMMOGRAM ADD-ON | - | PROFESSIONAL SERVICES OF KU |
| 8/24/2010 | 9/30/2010 | $54.00 | $26.60 | | V7612 - Other screening mammogram | G0202 - SCREENING MAMMOGRAPHY, PRODUCING DIRECT | - | PROFESSIONAL SERVICES OF KU |
| 8/25/2010 | 10/7/2010 | $392.24 | $65.77 | | V571 - Other physical therapy | 97001 - PT EVALUATION | - | PROVIDENCE MEDICAL CENTER |
| 8/30/2010 | 9/9/2010 | $209.99 | $0.00 | | - | - | 00093717401 - GABAPENTIN | WALGREENS 10845 |
| 8/30/2010 | 9/9/2010 | $209.99 | $0.00 | | - | - | 68462012705 - GABAPENTIN | WALGREENS 10845 |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 9/1/2010 | 9/1/2010 | 9/9/2010 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 9/1/2010 | 9/1/2010 | 9/9/2010 |  | $155.62 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 9/1/2010 | 9/1/2010 | 9/9/2010 | $155.62 | $155.62 | - | - | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 9/1/2010 | 9/1/2010 | 9/30/2010 | $60.00 | $27.76 | 599.0 - Urinary tract infection, site not specified | 99212 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 9/1/2010 | 9/1/2010 | 4/7/2011 | $4.03 | $4.03 | - | - | - | MTM INC |
| 9/2/2010 | 9/2/2010 | 10/14/2010 | $335.96 | $43.34 | V571 - Other physical therapy | 97110 - THERAPEUTIC PROCEDURE, ONE OR MOR AREAS | - | PROVIDENCE MEDICAL CENTER |
| 9/15/2010 | 9/15/2010 | 10/7/2010 | $20.00 | $1.50 | 337.20 - Unspecified reflex sympathetic dystrophy | 81003 - URINALYSIS AUTO W/O SCOPE | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 9/15/2010 | 9/15/2010 | 10/7/2010 | $60.00 | $38.84 | 337.20 - Unspecified reflex sympathetic dystrophy | 99213 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 9/16/2010 | 9/16/2010 | 9/23/2010 | $97.99 | $0.00 | - | - | 53746010205 - GABAPENTIN | WALGREENS 10845 |
| 9/17/2010 | 9/17/2010 | 9/23/2010 | $32.59 | $3.40 | - | - | 68180048003 - SIMVASTATIN | PRICE CHOPPER PHARMACY #12 |
| 9/17/2010 | 9/23/2010 | $308.79 | $0.00 |  | - | - | 49884068802 - DRONABINOL | PRICE CHOPPER PHARMACY #12 |
| 10/1/2010 | 10/1/2010 | 10/7/2010 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 10/1/2010 | 10/1/2010 | 10/7/2010 | $155.62 | $155.62 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 10/1/2010 | 10/1/2010 | 4/7/2011 | $4.03 | $4.03 | - | - | - | MTM INC |
| 11/1/2010 | 11/1/2010 | 11/4/2010 | $2.00 | $2.00 | - | - | - | LEE SHARON D |

| First Date or Last Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 11/1/2010 | 11/1/2010 | 11/4/2010 | $155.62 | $155.62 | | | | KANSAS HEALTH SOLUTIONS |
| 11/1/2010 | 11/1/2010 | 4/7/2011 | $4.03 | $4.03 | | | | MTM INC |
| 11/10/2010 | 11/10/2010 | 12/23/2010 | $80.00 | $38.84 | 61172 - Lump or mass in breast | 99213 - OFFICE/OUTPATIENT VISIT EST | | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 11/18/2010 | 11/18/2010 | 12/2/2010 | $42.00 | $20.58 | 6101 - Diffuse cystic mastopathy | | | PROFESSIONAL SERVICES OF KU |
| 11/18/2010 | 11/18/2010 | 12/9/2010 | $457.00 | $54.50 | 79360 - Unspecified abnormal mammogram | 76880 - ULTRASOUND, EXTREMITY, NON-VASCULAR, B-S | | UNIV OF KANS MED CTR OPD |
| 12/1/2010 | 12/1/2010 | 12/22/2010 | $2.00 | $2.00 | | | | |
| 12/1/2010 | 12/1/2010 | 12/22/2010 | $155.62 | $155.62 | | | | KANSAS HEALTH SOLUTIONS |
| 12/1/2010 | 12/1/2010 | 4/7/2011 | $4.03 | $4.03 | | | | LEE SHARON D |
| 12/1/2010 | 12/1/2010 | 4/7/2011 | $4.03 | $4.03 | | | | MTM INC |
| 12/13/2010 | 12/13/2010 | 12/23/2010 | $14.23 | $0.00 | | | 00005550519 - CALTRATE 600 + D | WALGREENS 10845 |
| 12/13/2010 | 12/13/2010 | 1/8/2011 | $11.99 | $0.00 | | | 00037828010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 12/22/2010 | 12/22/2010 | 3/2/2011 | $130.00 | $62.22 | 33720 - Unspecified reflex sympathetic dystrophy | 99214 - OFFICE/OUTPATIENT VISIT EST | | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 12/30/2010 | 12/30/2010 | 3/2/2011 | $50.00 | $27.76 | 33829 - OTHER CHRONIC PAIN | 99212 - OFFICE/OUTPATIENT VISIT EST | | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 1/1/2011 | 1/1/2011 | 1/6/2011 | $2.00 | $2.00 | | | | |
| 1/1/2011 | 1/1/2011 | 1/6/2011 | $2.00 | $2.00 | | | | LEE SHARON D |
| 1/1/2011 | 1/1/2011 | 7/6/2011 | $98.26 | $98.26 | | | | KANSAS HEALTH SOLUTIONS |

| First Date of Service | Last Date of Service | Date of Payment | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 1/1/2011 | 1/1/2011 | 4/7/2011 | $4.03 | $4.03 | - | - | - | MTM INC |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | $11.99 | $0.00 | | | 0037826010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | $14.23 | $0.00 | | | 00006550619 - CALTRATE 600 + D | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | $18.98 | $0.00 | | | | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | $21.79 | $0.00 | | | 00006550619 - CALTRATE 600 + D | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | $30.69 | $0.00 | | | 0040695201 - OXYCODONE HCL | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | | | | | 68180467901 - LOVASTATIN | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/13/2011 | $114.98 | $0.00 | | | 53746010305 - GABAPENTIN | WALGREENS 10845 |
| 1/4/2011 | 1/4/2011 | 1/27/2011 | $11.99 | $0.00 | | | 0037826010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 1/6/2011 | 5/12/2011 | | $90.00 | $38.84 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99213 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTHCARE SERVICES OF |
| 1/7/2011 | 1/19/2011 | | $16.38 | $0.00 | | | 00460030501 - HYDROCODONE-ACE AMINOPHEN | ABRAMS PHARMACY IN |
| 1/7/2011 | 1/19/2011 | | $18.59 | $0.00 | | | 00691300201 - HYDROCODONE-ACE AMINOPHEN | WALGREENS 10845 |
| 1/22/2011 | 2/9/2011 | | $22.49 | $0.00 | | | 0040695201 - OXYCODONE HCL | CVS PHARMACY #8584 |
| 1/24/2011 | 2/9/2011 | | $11.99 | $2.67 | | | 0037826010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 1/24/2011 | 2/9/2011 | | $30.69 | $0.00 | | | 68180467901 - LOVASTATIN | WALGREENS 10845 |

| First Date of Service / Last Date of Service | Payment Service Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|
| 1/24/2011 | 1/24/2011 | 2/3/2011 | $115.99 | $97.12 | - | - | 00378087199 - CLONIDINE | WALGREENS 10845 |
| 1/24/2011 | 1/24/2011 | 2/3/2011 | $196.00 | $92.00 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99215 - OFFICE/OUTPATIENT VISIT EST | - | UNIVERSITY PHYSICIAN ASSOC |
| 1/24/2011 | 1/24/2011 | 2/3/2011 | $209.99 | $0.00 | - | - | 68462012705 - GABAPENTIN | WALGREENS 10845 |
| 1/24/2011 | 1/24/2011 | 2/10/2011 | $40.00 | $0.00 | 3559 - Mononeuritis of unspecified site | 99212 - OFFICE/OUTPATIENT VISIT EST | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 1/26/2011 | 1/26/2011 | 2/3/2011 | $209.99 | $0.00 | - | - | 68462012705 - GABAPENTIN | WALGREENS 10845 |
| 2/1/2011 | 2/1/2011 | 2/3/2011 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 2/1/2011 | 2/1/2011 | 2/3/2011 | $86.26 | $86.26 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 2/1/2011 | 2/1/2011 | 4/7/2011 | $4.03 | $4.03 | - | - | - | MTM INC |
| 2/3/2011 | 2/10/2011 | | $22.49 | $0.00 | - | - | 00409065201 - OXYCODONE HCL | CVS PHARMACY #6584 |
| 3/1/2011 | 3/1/2011 | 4/7/2011 | $4.03 | $4.03 | - | - | - | MTM INC |
| 3/1/2011 | 3/1/2011 | 4/7/2011 | $12.97 | $12.97 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 3/1/2011 | 3/1/2011 | 4/7/2011 | $113.10 | $113.10 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 3/10/2011 | 3/10/2011 | | $13.48 | $0.00 | - | - | 00006500019 - CALTRATE 600 + D | WALGREENS 10845 |
| 3/10/2011 | 3/10/2011 | 3/17/2011 | $115.99 | $0.00 | - | - | 00378087199 - CLONIDINE | WALGREENS 10845 |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 4/1/2011 | 4/1/2011 | 5/5/2011 | $4.03 | $4.03 | | | | MTM INC |
| 4/1/2011 | 4/1/2011 | 5/5/2011 | $12.97 | $12.97 | | | | VALUEOPTIONS OF KANSAS INC |
| 4/4/2011 | 4/4/2011 | 2/23/2012 | $140.00 | $0.00 | 3804 - Impacted cerumen | 99214 - OFFICE/OUTPATIENT VISIT EST | | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 4/7/2011 | 4/14/2011 | 4/14/2011 | $11.99 | $0.00 | | | 00378265010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 4/7/2011 | 4/14/2011 | 4/14/2011 | $11.99 | $2.67 | | | 00378265010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 4/7/2011 | 4/14/2011 | 4/14/2011 | $30.69 | $0.00 | | | 00378651001 - LOVASTATIN | WALGREENS 10845 |
| 4/7/2011 | 4/14/2011 | 4/14/2011 | $115.99 | $97.12 | | | 00378087189 - CLONIDINE | WALGREENS 10845 |
| 4/7/2011 | 4/14/2011 | 4/14/2011 | $209.99 | $0.00 | | | 59762562401 - GABAPENTIN | WALGREENS 10845 |
| 4/1/2011 | 4/21/2011 | 4/21/2011 | $99.00 | $38.84 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99213 - OFFICE/OUTPATIENT VISIT EST | | UNIVERSITY PHYSICIAN ASSOC |
| 4/1/2011 | 4/28/2011 | 4/28/2011 | $40.00 | $0.00 | 3559 - Mononeuritis of unspecified site | 99212 - OFFICE/OUTPATIENT VISIT EST | | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 4/1/2011 | 4/28/2011 | 4/28/2011 | $215.99 | $0.00 | | | 00378087299 - CLONIDINE | WALGREENS 10845 |
| 5/1/2011 | 5/5/2011 | 5/5/2011 | $2.00 | $2.00 | | | | LEE SHARON D |
| 5/1/2011 | 5/5/2011 | 5/5/2011 | $4.03 | $4.03 | | | | MTM INC |
| 5/1/2011 | 5/2/2011 | 5/2/2011 | $12.97 | $12.97 | | | | VALUEOPTIONS OF KANSAS INC |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 5/1/2011 | 5/1/2011 | 5/5/2011 | $94.44 | $94.44 | | | | KANSAS HEALTH SOLUTIONS |
| 6/1/2011 | 6/1/2011 | 6/2/2011 | $2.00 | $2.00 | | | | LEE SHARON D |
| 6/1/2011 | 6/1/2011 | 6/2/2011 | $4.03 | $4.03 | | | | MTM INC |
| 6/1/2011 | 6/2/2011 | 6/2/2011 | $12.97 | $12.97 | | | | VALUEOPTIONS OF KANSAS INC |
| 6/1/2011 | 6/2/2011 | 6/2/2011 | $94.44 | $94.44 | | | | KANSAS HEALTH SOLUTIONS |
| 6/1/2011 | 6/9/2011 | 6/9/2011 | $11.99 | $2.67 | | | 00378255010 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 6/1/2011 | 6/9/2011 | 6/9/2011 | $30.69 | $0.00 | | | 00378851001 - LOVASTATIN | WALGREENS 10845 |
| 6/1/2011 | 6/9/2011 | 6/9/2011 | $51.99 | $0.00 | | | 68180047803 - SIMVASTATIN | WALGREENS 10845 |
| 6/1/2011 | 6/9/2011 | 6/9/2011 | $51.99 | $1.60 | | | 68180047803 - SIMVASTATIN | WALGREENS 10845 |
| 6/1/2011 | 6/9/2011 | 6/9/2011 | $115.99 | $97.12 | | | 00378087199 - CLONIDINE | WALGREENS 10845 |
| 6/1/2011 | 6/1/2011 | 6/9/2011 | $347.89 | $0.00 | | | 00378087199 - CLONIDINE | WALGREENS 10845 |
| 6/1/2011 | 6/2/2011 | 6/9/2011 | $17.98 | $0.00 | | | 00005550919 - CALTRATE 600 + D | WALGREENS 10845 |
| 6/2/2011 | 6/2/2011 | 6/9/2011 | $107.99 | $0.00 | | | 59762502401 - GABAPENTIN | WALGREENS 10845 |
| 6/2/2011 | 6/2/2011 | 6/9/2011 | $206.99 | $0.00 | | | 59762502401 - GABAPENTIN | WALGREENS 10845 |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 6/27/2011 | 6/27/2011 | 7/7/2011 | $115.99 | $0.00 | | | 00378067199 - CLONIDINE | WALGREENS 10845 |
| 6/27/2011 | 6/27/2011 | 7/7/2011 | $0.00 | $68.22 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99214 - OFFICE/OUTPATIENT VISIT EST | | UNIVERSITY PHYSICIAN ASSOC |
| 6/27/2011 | 6/27/2011 | 7/7/2011 | $138.00 | $0.00 | | | 8842012705 - GABAPENTIN | WALGREENS 10845 |
| 6/27/2011 | 6/27/2011 | 7/7/2011 | $209.99 | $0.00 | | | 00071040124 - NEURONTIN | WALGREENS 10845 |
| 6/27/2011 | 6/27/2011 | 7/7/2011 | $463.29 | $0.00 | | | 00071040124 - NEURONTIN | WALGREENS 10845 |
| 6/27/2011 | 6/27/2011 | 7/7/2011 | $1,349.99 | $0.00 | | | | WALGREENS 10845 |
| 6/27/2011 | 6/27/2011 | 7/21/2011 | $11.99 | $0.00 | | | 00378267501 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 6/27/2011 | 6/27/2011 | 7/21/2011 | $56.00 | $0.00 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99213 - OFFICE/OUTPATIENT VISIT EST | | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 7/1/2011 | 7/7/2011 | 7/7/2011 | $2.00 | $2.00 | | | | MTM INC |
| 7/1/2011 | 7/7/2011 | 7/7/2011 | $4.03 | $4.03 | | | | LEE SHARON D |
| 7/1/2011 | 7/7/2011 | 7/7/2011 | $14.78 | $14.78 | | | | MTM INC |
| 7/1/2011 | 7/7/2011 | 7/7/2011 | $107.15 | $107.15 | | | | VALUEOPTIONS OF KANSAS INC |
| 7/1/2011 | 7/7/2011 | 7/7/2011 | $107.15 | $107.15 | | | | KANSAS HEALTH SOLUTIONS |
| 7/1/2011 | 7/7/2011 | 8/4/2011 | $0.10 | $0.10 | | | | MTM INC |
| 8/1/2011 | 8/4/2011 | 8/4/2011 | $2.00 | $2.00 | | | | LEE SHARON D |
| 8/1/2011 | 8/4/2011 | 8/1/2011 | $4.13 | $4.13 | | | | MTM INC |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 8/1/2011 | 8/1/2011 | 8/4/2011 | $14.78 | $14.78 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 8/1/2011 | 8/1/2011 | 8/4/2011 | $107.15 | $107.15 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 8/1/2011 | 8/1/2011 | 8/4/2011 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 9/1/2011 | 9/1/2011 | 9/8/2011 | $4.13 | $4.13 | - | - | - | MTM INC |
| 9/1/2011 | 9/1/2011 | 9/8/2011 | $14.78 | $14.78 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 9/1/2011 | 9/1/2011 | 9/8/2011 | $107.15 | $107.15 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 9/1/2011 | 9/30/2011 | 11/3/2011 | $106.00 | $106.00 | 78099 - Other general symptoms | T1017 - TARGETED CASE MANAGEMENT, EACH 15 MINUTE | - | THE WHOLE PERSON INC |
| 9/15/2011 | 9/15/2011 | 9/22/2011 | $11.99 | $3.76 | - | - | 0037826/7501 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 9/15/2011 | 9/15/2011 | 9/22/2011 | $13.99 | $2.40 | - | - | 0059103/4905 - HYDROCODONE-ACET AMINOPHEN | WALGREENS 10845 |
| 9/15/2011 | 9/15/2011 | 9/22/2011 | $19.29 | $2.87 | - | - | 0000331/0905 - AMOXICILLIN | WALGREENS 10845 |
| 9/15/2011 | 9/15/2011 | 9/22/2011 | $115.99 | $97.12 | - | - | 0037808/7199 - CLONIDINE | WALGREENS 10845 |
| 9/15/2011 | 9/15/2011 | 9/22/2011 | $347.89 | $0.00 | - | - | 0037808/7199 - CLONIDINE | WALGREENS 10845 |
| 10/1/2011 | 10/15/2011 | 10/6/2011 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 10/1/2011 | 10/1/2011 | 10/6/2011 | $4.13 | $4.13 | - | - | - | MTM INC |

| First Date of Service | Last Date of Service | Date of Payment | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 10/1/2011 | 10/1/2011 | 10/8/2011 | $14.78 | $14.78 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 10/1/2011 | 10/1/2011 | 10/8/2011 | $107.15 | $107.15 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 10/4/2011 | 10/4/2011 | 10/20/2011 | $42.00 | $0.00 | - | - | - | TRUMAN MEDICAL CENTER HOSPITAL HILL |
| 10/4/2011 | 10/4/2011 | 10/20/2011 | $89.00 | $38.84 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99213 - OFFICE/OUTPATIENT VISIT EST | - | UNIVERSITY PHYSICIAN ASSOC |
| 11/1/2011 | 10/20/2011 | 11/3/2011 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 11/1/2011 | 11/3/2011 | 11/3/2011 | $4.13 | $4.13 | - | - | - | MTM INC |
| 11/1/2011 | 11/3/2011 | 11/3/2011 | $14.78 | $14.78 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 11/1/2011 | 11/3/2011 | 11/3/2011 | $107.15 | $107.15 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 11/1/2011 | 11/3/2011 | 11/3/2011 | $11.99 | $3.00 | - | - | - | WALGREENS 10845 |
| 11/4/2011 | 11/10/2011 | 11/10/2011 | $115.99 | $97.27 | - | - | 0037808719S - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 11/4/2011 | 11/10/2011 | 11/10/2011 | $209.99 | $0.00 | - | - | 0037808719S - CLONIDINE | WALGREENS 10845 |
| 11/4/2011 | 11/10/2011 | 11/10/2011 | $347.99 | $0.00 | - | - | 5978250240I - GABAPENTIN | WALGREENS 10845 |
| 12/1/2011 | 12/1/2011 | 11/10/2011 | $2.00 | $2.00 | - | - | 0007808719S - CLONIDINE | LEE SHARON D |
| 12/1/2011 | 12/1/2011 | 12/1/2011 | $4.13 | $4.13 | - | - | - | MTM INC |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 12/1/2011 | 12/1/2011 | 12/1/2011 | $14.78 | $14.78 | - | | | VALUEOPTIONS OF KANSAS INC |
| 12/1/2011 | 12/1/2011 | 12/1/2011 | $107.15 | $107.15 | - | | | KANSAS HEALTH SOLUTIONS |
| 12/8/2011 | 12/8/2011 | 12/15/2011 | $11.99 | $0.00 | - | | DOXEPIN HCL AMITRIPTYLINE HCL | WALGREENS 10845 |
| | | Sum: | $16,164.71 | $4,770.69 | | | | |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 4/28/2012 | 4/28/2012 | 5/17/2012 | $29.99 | $1.10 | | | 00172541211 - FLUCONAZOLE | WALGREENS 10845 |
| 5/1/2012 | 5/1/2012 | 6/7/2012 | $4.95 | $4.95 | | | | MTM INC |
| 5/1/2012 | 5/1/2012 | 6/7/2012 | $14.78 | $14.78 | | | | VALUEOPTIONS OF KANSAS INC |
| 5/1/2012 | 5/1/2012 | 6/7/2012 | $112.39 | $112.39 | | | | KANSAS HEALTH SOLUTIONS |
| 5/2/2012 | 5/2/2012 | 5/10/2012 | $29.99 | $0.00 | | | 00172541211 - FLUCONAZOLE | WALGREENS 10845 |
| 5/3/2012 | 5/3/2012 | 6/28/2012 | $31.80 | $31.80 | 78099 - Other general symptoms | T1017 - TARGETED CASE MANAGEMENT, EACH 15 MINUTE | | THE WHOLE PERSON INC |
| 5/9/2012 | 5/9/2012 | 5/17/2012 | $11.99 | $3.00 | | | 00378287501 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 5/9/2012 | 5/9/2012 | 5/17/2012 | $114.99 | $0.00 | | | 53746010305 - GABAPENTIN | WALGREENS 10845 |
| 5/9/2012 | 5/9/2012 | 5/17/2012 | $196.03 | $97.38 | | | 00555100916 - CLONIDINE | WALGREENS 10845 |

1

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 5/30/2012 | 5/30/2012 | 6/7/2012 | $356.97 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS 10845 |
| 5/30/2012 | 5/30/2012 | 6/7/2012 | $356.99 | $0.00 | - | - | 00591359160 - DRONABINOL | WALGREENS 10845 |
| 5/30/2012 | 5/30/2012 | 6/7/2012 | $1,064.11 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS 10845 |
| 5/30/2012 | 5/30/2012 | 6/7/2012 | $1,064.17 | $0.00 | - | - | 00591359160 - DRONABINOL | WALGREENS 10845 |
| 5/30/2012 | 5/30/2012 | 6/7/2012 | $1,594.46 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS 10845 |
| 5/30/2012 | 5/30/2012 | 6/7/2012 | $1,594.56 | $0.00 | - | - | 00591359160 - DRONABINOL | WALGREENS 10845 |
| 6/1/2012 | 6/1/2012 | 6/7/2012 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 6/1/2012 | 6/1/2012 | 6/7/2012 | $4.95 | $4.95 | - | - | - | MTM INC |
| 6/1/2012 | 6/1/2012 | 6/7/2012 | $14.78 | $14.78 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 6/1/2012 | 6/1/2012 | 6/7/2012 | $112.39 | $112.39 | - | - | - | KANSAS HEALTH SOLUTIONS |

2

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 6/1/2012 | 6/1/2012 | 6/7/2012 | $1,594.56 | $1,161.40 | - | - | 00991359160 - DRONABINOL | WALGREENS 10845 |
| 6/19/2012 | 6/19/2012 | 7/19/2012 | $10.60 | $10.60 | 78099 - Other general symptoms | T1017 - TARGETED CASE MANAGEMENT, EACH 15 MINUTE | - | THE WHOLE PERSON INC |
| 6/22/2012 | 6/22/2012 | 6/28/2012 | $11.99 | $3.00 | - | - | 00378287501 - AMITRIPTYLINE HCL | WALGREENS 10845 |
| 6/22/2012 | 6/22/2012 | 6/28/2012 | $114.99 | $0.00 | - | - | 53746010305 - GABAPENTIN | WALGREENS 10845 |
| 6/22/2012 | 6/22/2012 | 6/28/2012 | $136.03 | $97.38 | - | - | 00555100916 - CLONIDINE | WALGREENS 10845 |
| 6/25/2012 | 6/25/2012 | 7/25/2012 | $140.00 | $62.22 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99214 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 7/1/2012 | 7/1/2012 | 7/5/2012 | $2.00 | $2.00 | - | - | - | LEE SHARON D |
| 7/1/2012 | 7/1/2012 | 7/5/2012 | $4.95 | $4.95 | - | - | - | MTM INC |
| 7/1/2012 | 7/1/2012 | 7/5/2012 | $14.67 | $14.67 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 7/1/2012 | 7/1/2012 | 7/1/2012 | $116.31 | $116.31 | - | - | - | KANSAS HEALTH SOLUTIONS |

3

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 7/2/2012 | 7/12/2012 | 8/16/2012 | $95.40 | $95.40 | 78099 - Other general symptoms | T1017 - TARGETED CASE MANAGEMENT, EACH 15 MINUTE | - | THE WHOLE PERSON INC |
| 7/11/2012 | 7/11/2012 | 7/19/2012 | $114.99 | $0.00 | - | - | 53746010305 - GABAPENTIN | WALGREENS #12923 |
| 7/11/2012 | 7/11/2012 | 7/19/2012 | $268.58 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 7/11/2012 | 7/11/2012 | 7/19/2012 | $268.59 | $0.00 | - | - | 00591359160 - DRONABINOL | WALGREENS #12923 |
| 7/11/2012 | 7/11/2012 | 7/19/2012 | $1,594.46 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 7/11/2012 | 7/11/2012 | 7/19/2012 | $1,594.56 | $0.00 | - | - | 00591359160 - DRONABINOL | WALGREENS #12923 |
| 7/12/2012 | 7/12/2012 | 7/26/2012 | $268.58 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 7/13/2012 | 7/13/2012 | 7/19/2012 | $114.99 | $14.24 | - | - | 53746010305 - GABAPENTIN | WALGREENS #12923 |
| 7/16/2012 | 7/16/2012 | 7/26/2012 | $1,594.46 | $1,161.40 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 8/1/2012 | 8/1/2012 | 8/9/2012 | $4.95 | $4.95 | - | - | - | MTM INC |

4

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 8/1/2012 | 8/1/2012 | 8/9/2012 | $14.67 | $14.67 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 8/1/2012 | 8/1/2012 | 8/9/2012 | $116.31 | $116.31 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 8/6/2012 | 8/6/2012 | 9/20/2012 | $21.20 | $21.20 | 78099 - Other general symptoms | T1017 - TARGETED CASE MANAGEMENT, EACH 15 MINUTE | - | THE WHOLE PERSON INC |
| 8/13/2012 | 8/13/2012 | 8/23/2012 | $268.58 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 8/13/2012 | 8/13/2012 | 8/23/2012 | $268.58 | $0.00 | - | - | 68084017401 - DRONABINOL | WALGREENS #12923 |
| 8/13/2012 | 8/13/2012 | 8/23/2012 | $0.00 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 8/13/2012 | 8/13/2012 | 8/23/2012 | $1,594.46 | $0.00 | - | - | 68084017401 - DRONABINOL | WALGREENS #12923 |
| 8/13/2012 | 8/13/2012 | 8/23/2012 | $1,594.46 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 8/14/2012 | 8/14/2012 | 8/23/2012 | $268.58 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 8/14/2012 | 8/14/2012 | 8/23/2012 | $1,594.46 | $0.00 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 8/15/2012 | 8/15/2012 | 8/23/2012 | $1,594.46 | $1,181.40 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 8/16/2012 | 8/16/2012 | 8/23/2012 | $136.03 | $97.38 | - | - | 00555100916 - CLONIDINE | WALGREENS #12923 |
| 8/20/2012 | 8/20/2012 | 8/30/2012 | $11.99 | $0.00 | - | - | 00378287591 - AMITRIPTYLINE HCL | WALGREENS #12923 |
| 8/20/2012 | 8/20/2012 | 8/30/2012 | $11.99 | $0.00 | - | - | 00603221521 - AMITRIPTYLINE HCL | WALGREENS #12923 |
| 8/21/2012 | 8/21/2012 | 8/30/2012 | $11.99 | $1.65 | - | - | 00378285010 - AMITRIPTYLINE HCL | WALGREENS #12923 |
| 8/21/2012 | 8/21/2012 | 8/30/2012 | $136.03 | $0.00 | - | - | 00555100916 - CLONIDINE | WALGREENS #12923 |
| 9/1/2012 | 9/1/2012 | 9/6/2012 | $2.00 | $2.00 | - | - |  | LEE SHARON      D |
| 9/1/2012 | 9/1/2012 | 9/6/2012 | $14.67 | $14.67 | - | - |  | VALUEOPTIONS OF KANSAS INC |
| 9/1/2012 | 9/1/2012 | 9/6/2012 | $116.31 | $116.31 | - | - |  | KANSAS HEALTH SOLUTIONS |
| 9/20/2012 | 9/20/2012 | 10/18/2012 | $21.20 | $21.20 | 78099 - Other general symptoms | T1017 - TARGETED CASE MANAGEMENT, EACH 15 MINUTE |  | THE WHOLE PERSON INC |
| 9/24/2012 | 9/24/2012 | 10/4/2012 | $136.03 | $97.38 | - | - | 00555100916 - CLONIDINE | WALGREENS #12923 |

6

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 9/24/2012 | 9/24/2012 | 10/4/2012 | $1,594.46 | $1,161.40 | - | - | 49884086702 - DRONABINOL | WALGREENS #12923 |
| 10/1/2012 | 10/1/2012 | 10/4/2012 | $4.95 | $4.95 | - | - | - | MTM INC |
| 10/1/2012 | 10/1/2012 | 10/4/2012 | $116.31 | $116.31 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 10/13/2012 | 10/13/2012 | 11/1/2012 | $10.00 | $0.00 | 33721 - Reflex sympathetic dystrophy of the upper limb | 36415 - COLLECTION OF VENOUS BLOOD BY VENIPUNCTU | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 10/13/2012 | 10/13/2012 | 11/1/2012 | $25.00 | $0.00 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99000 - HANDLING AND/OR CONVEYANCE OF SPECIMAN F | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 10/13/2012 | 10/13/2012 | 11/1/2012 | $30.00 | $4.91 | 33721 - Reflex sympathetic dystrophy of the upper limb | 85651 - RBC SED RATE NONAUTOMATED | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 10/13/2012 | 10/13/2012 | 11/1/2012 | $140.00 | $62.22 | 33721 - Reflex sympathetic dystrophy of the upper limb | 99214 - OFFICE/OUTPATIENT VISIT EST | - | SOUTHWEST BOULEVARD FAMILY HEALTH CARE SERVICES OF |
| 10/30/2012 | 10/30/2012 | 12/6/2012 | $204.00 | $0.00 | 3559 - Mononeuritis of unspecified site | 99214 - OFFICE/OUTPATIENT VISIT EST | - | RESEARCH NEUROLOGY ASSOCIATES LLC |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $2.00 | $2.00 | | | | LEE SHARON D |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $4.95 | $4.95 | - | - | - | MTM INC |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $14.67 | $14.67 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $18.66 | $0.00 | - | - | 00591578801 - NORTRIPTYLINE HCL | WALGREENS #12923 |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $18.66 | $6.51 | - | - | 00591578801 - NORTRIPTYLINE HCL | WALGREENS #12923 |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $116.31 | $116.31 | - | - | - | KANSAS HEALTH SOLUTIONS |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $136.03 | $0.00 | - | - | 00555100916 - CLONIDINE | WALGREENS #12923 |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $136.03 | $67.38 | - | - | 00555100916 - CLONIDINE | WALGREENS #12923 |
| 11/1/2012 | 11/1/2012 | 11/8/2012 | $1,064.11 | $774.40 | - | - | 49884089702 - DRONABINOL | WALGREENS #12923 |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $15.60 | $0.00 | 78079 - Other malaise and fatigue | 36415 - COLLECTION OF VENOUS BLOOD BY VENIPUNCTU | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $33.00 | $8.16 | 78650 - Unspecified chest pain | 71020 - RADIOLOGIC EXAMINATION, CHEST, TWO VIEWS | - | UNITED IMAGING CONSULTANTS LLC |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $34.73 | $5.50 | 78079 - Other malaise and fatigue | 81001 - URINALYSIS AUTO W/SCOPE | - | ST JOHN HOSPITAL |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $70.89 | $11.26 | 78079 - Other malaise and fatigue | 85027 - COMPLETE CBC AUTOMATED | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $71.33 | $10.88 | 78079 - Other malaise and fatigue | 82550 - CREATINE KINASE (CK),(CPK); | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $75.46 | $9.91 | 78079 - Other malaise and fatigue | 83690 - LIPASE | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $107.79 | $16.43 | 78079 - Other malaise and fatigue | 84484 - ASSAY OF TROPONIN QUANT | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $111.39 | $12.83 | 78079 - Other malaise and fatigue | 85379 - FIBRIN DEGRADATION QUANT | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $120.56 | $18.74 | 78079 - Other malaise and fatigue | 82055 - ALCOHOL (ETHANOL); | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $128.47 | $19.26 | 78079 - Other malaise and fatigue | 82553 - CREATINE MB FRACTION | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $151.13 | $0.00 | 78079 - Other malaise and fatigue | G0434 - DRUG SCREEN MULTI DRUG CLASS | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $324.37 | $15.70 | 78079 - Other malaise and fatigue | 80053 - COMPREHENSIVE METABOLIC PANEL | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $421.01 | $18.35 | 78079 - Other malaise and fatigue | 93005 - ELECTROCARDIOGRAM TRACING | - | ST JOHN HOSPITAL |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt | Paid Amt | Diagnosis Code | Procedure Code Desc | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $576.83 | $24.05 | 78079 - Other malaise and fatigue | 71020 - RADIOLOGIC EXAMINATION, CHEST, TWO VIEWS | - | ST JOHN HOSPITAL |
| 11/8/2012 | 11/8/2012 | 11/22/2012 | $872.22 | $16.58 | 78079 - Other malaise and fatigue | 99281 - EMERGENCY DEPARTMENT VISIT FOR THE EVALU | - | ST JOHN HOSPITAL |
| 11/9/2012 | 11/9/2012 | 11/22/2012 | $221.70 | $0.00 | 78650 - Unspecified chest pain | Q9967 - LOCM 300-399MG/ML IODINE,1ML | - | ST JOHN HOSPITAL |
| 11/9/2012 | 11/9/2012 | 11/22/2012 | $275.00 | $79.89 | 78650 - Unspecified chest pain | 71275 - CT ANGIOGRAPHY CHEST | - | UNITED IMAGING CONSULTANTS LLC |
| 11/9/2012 | 11/9/2012 | 11/22/2012 | $3,351.53 | $214.43 | 78650 - Unspecified chest pain | 71275 - CT ANGIOGRAPHY CHEST | - | ST JOHN HOSPITAL |
| 11/26/2012 | 11/26/2012 | 12/6/2012 | $11.99 | $0.00 | - | - | 00378285001 - AMITRIPTYLINE HCL | CVS PHARMACY 05268 |
| 11/26/2012 | 11/26/2012 | 12/6/2012 | $11.99 | $0.00 | - | - | 00378287501 - AMITRIPTYLINE HCL | CVS PHARMACY 05268 |
| 11/26/2012 | 11/26/2012 | 12/6/2012 | $11.99 | $6.02 | - | - | 00093081001 - NORTRIPTYLINE HCL | CVS PHARMACY 05268 |
| 11/26/2012 | 11/26/2012 | 12/6/2012 | $129.99 | $97.38 | - | - | 00555100919 - CLONIDINE | CVS PHARMACY 05268 |
| 11/26/2012 | 11/26/2012 | 12/6/2012 | $132.99 | $0.00 | - | - | 31722022301 - GABAPENTIN | CVS PHARMACY 05268 |

| First Date of Service | Last Date of Service | Payment Date | Billed Amt. | Paid Amt. | Diagnosis Code | Procedure Code Desc. | NDC Description | Billing Name |
|---|---|---|---|---|---|---|---|---|
| 12/1/2012 | 12/1/2012 | 12/6/2012 | $2.00 | $2.00 | - | - | - | ASSOCIATES IN FAMILY HLTHCARE |
| 12/1/2012 | 12/1/2012 | 12/6/2012 | $14.67 | $14.67 | - | - | - | VALUEOPTIONS OF KANSAS INC |
| 12/1/2012 | 12/1/2012 | 12/6/2012 | $116.31 | $116.31 | - | - | - | KANSAS HEALTH SOLUTIONS |
| | | Sum: $33,681.03 | | $7,896.57 | | | | |

11

These charges are stated at full price and may not include
all charges for today. These will be calculated according to
your sliding scale. You may receive an adjusted statement.
All payments made today will be applied to your balance.

**SW Blvd Family Health Care**
340 SW Blvd
Kansas City, KS-661032150
Tel: 913-722-3100 Fax: 913-722-2542

# RECEIPT OF PAYMENT

Date: 10/13/2012

Received From: Words, Opal R

**Amount:** 2.00    **Payment Type:** Cash    **Payment Id:** 19610

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|-----|---------|
| 10/13/2012 | 80053 COMPREHENSIVE METABOLIC PANEL | 1.00 | 45.00 | |
| 10/13/2012 | 85651 RBC SED RATE, NONAUTOMATED | 1.00 | 30.00 | |
| 10/13/2012 | 85025 COMPLETE CBC W/AUTO DIFF WBC | 1.00 | 40.00 | |
| 10/13/2012 | Patient Payment | | | 2.00 |
| | **Totals** | | **115.00** | **2.00** |

## Account Balance Summary

| | |
|---|---|
| Total Balance: | 12.00 |
| Patient Balance: | 12.00 |
| Insurance Balance: | 0.00 |

# APPOINTMENT CARD

**Patient Name:** Words, Opal R

 **Family Health CARE**

**Words, Opal R**
53 Y old Female, DOB: 03/27/1958
PO Box 270714, Kansas City, MO, US 64127
Home: 816-423-0279
Provider: Lee, Sharon D

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Terry, Kathleen | Date: 02/27/2012 |
| | | Time: 10:09 AM |
| **Caller** | pharm | |
| **Reason** | rx refill pt. p/u | |

**Action Taken**  Terry,Kathleen , RN 02/27/2012 10:09:23 AM > Dronabinol rx to Dr Lee's action stack for sig/PO. thanks. McQuitty,Rachel 02/27/2012 01:51:00 PM > called pt. for p/u McQuitty,Rachel 02/28/2012 01:28:08 PM > pt. p/u

**Refills**  Refill Marinol Capsule, 5 MG, Orally, 90, 1 cap before meals, Every 6-8 hours as needed, 30 days, Refills=1

Patient: Words, Opal R   DOB: 03/27/1958   Provider: Lee, Sharon D   02/27/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

 **Family Health CARE**

Words, Opal R
52 Y old Female. DOB: 03/27/1958
2912 Ralph Bunch Dr Appt 3, Leavenw. KS-66048
Home: 913-314-3571
Guarantor: Words, Opal R  Insurance: MEDICAID OF KANSAS Payer ID: 00034
Appointment Facility: Quindaro Family Health Care

03/23/2011

Progress Notes: Sharon D Lee, MD

**Current Medications**
Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed for pain every 6 hrs
Neurontin 400 MG Capsule 1 capsule Three times a day
Amitriptyline HCl 50 MG Tablet 1 tablet at bedtime Once a day

**Reason for Appointment**
1. RSB

Electronically signed by Sharon Lee , MD on 12/03/2012 at 03:24 PM CST

Sign off status: Pending

Quindaro Family Health Care
530 Quindaro Blvd
Kansas City, KS 661011458
Tel: 913-722-3100
Fax: 913-722-2542

Patient: Words, Opal R  DOB: 03/27/1958  Progress Note: Sharon D Lee, MD  03/23/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*Not used to treat RSD.*

## KATIE ZERBE, pharmD

Katie L. Zerbe is the Head Pharmacist at Walgreens, Store location: 2900 s. 4th st. Leavenworth, K.S. Leavenworth County Zip-code: 66048. Katie had filled three prescriptions of Marinol at three pills, three times a day consisting of 2.5 mg capsules. This caused an overdose which resulted in a 1.62 blood clot found by D/Dimer.

The three prescriptions that Katie filled were dated at July, August, and September of 2012. She was also negligent in acknowledging the increase in medication dosage.

Due to her negligence, I have endured past and future pain and suffering, mental anguish, and a violation of my Civil Rights.

I, Opal Words, am requesting that the court grant me $500,000 due to her negligence.

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
2900 S 4th St
Leavenworth, KS 66048
(913)651-2027

| PATIENT OPAL WORDS | DOCTOR S. LEE, MD | DRUG DESCRIPTION |
|---|---|---|
| BIRTH DATE 03/27/58 | | |
| MEDICATION DRONABINOL 2.5MG CAPSULES | PATIENT | |
| QUANTITY 270 | ALLERGIES | |
| DIRECTIONS TAKE 3 CAPSULES BY MOUTH THREE TIMES DAILY | | BEIGE |
| | | FRONT: PAR 867 |

**INGREDIENT NAME:** DRONABINOL (droe-NAB-i-nol)

**COMMON USES:** This medicine is a cannabinoid used to treat nausea and vomiting. It is also used to increase appetite in patients with severe weight loss. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions or allergies.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. KEEP THIS MEDICINE in a sealed container in the refrigerator. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT EXCEED THE RECOMMENDED dose or take this medicine for longer than prescribed without checking with your doctor. Exceeding the recommended dose may be habit-forming. THIS MEDICINE MAY CAUSE drowsiness or dizziness. If dizziness occurs, rise slowly when sitting up or standing. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Ask your doctor or pharmacist if you have questions about which medicines can cause drowsiness or dizziness. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with

your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, anxiety, difficulty concentrating, clumsiness, changes in mood, changes in behavior, difficulty with memory, muscle weakness, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience vomiting, fast heart rate, or irregular heartbeat. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include drowsiness, dry mouth, fast heartbeat, mood changes, slurred speech, loss of coordination, and lightheadedness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unless these directions or pour down a sink or drain.

---

**OPAL WORDS**
Po Box 37071 Halla Townsend '', Kansas City, MO 64127
03/0123/0273
RX # 0184889-12923      DATE: 07/16/12

DRONABINOL 2.5MG CAPSULES
QTY: 270 · NO REFILLS - DR. AUTH REQUIRED
Copy      NDC:49884-0867-02
Retail Price: $1619.89  Your Insurance Saved You: $1616.89      $ 3.00
S. LEE, MD      PLAIN- KANPA
MFG:PAR
FLL: ORT FLZ  FLH      CLAIM REF# 2512198000697

*Walgreens*  PH:(913)651-2027    [Customer Receipt]

Pharmacy use only

**OPAL WORDS**
Po Box 37071 Halla Townsend '', Kansas City, MO 64127
03/0123/0273
RX # 0184889-12923      DATE: 07/16/12

DRONABINOL 2.5MG CAPSULES
QTY:270      NO REFILLS - DR. AUTH REQUIRED
Copy      NDC:49884-0867-02
Retail Price: $1619.89  Your Insurance Saved You: $1616.89      $ 3.00
S. LEE, MD      PLAIN- KANPA
MFG:PAR
FLL: ORT FLZ  FLH      CLAIM REF# 2512198000697

*Walgreens*  PH:(913)651-2027    [Duplicate Receipt]





| MON 9:32AM | DRONABINOL 2.5MG CAPSULES | QTY 270 | BEIGE |
|---|---|---|---|
| Copy | 49884-0867-02 | | FRONT: PAR 867 |
| | REFRIG | | |

FLL: ORT FLZ  FLH

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
2900 S 4th St
Leavenworth, KS 66048
(913)651-2027

| | | |
|---|---|---|
| **PATIENT** OPAL WORDS | **DOCTOR** DR S. LEE | **DRUG DESCRIPTION** |
| **BIRTH DATE** 03/27/58 | | |
| **MEDICATION** DRONABINOL 2.5MG CAPSULES | **PATIENT ALLERGIES** | |
| **QUANTITY** 270 | | BEIGE |
| **DIRECTIONS** TAKE 3 CAPSULES BY MOUTH THREE TIMES DAILY | | FRONT: PAR 867 |

<div style="writing-mode: vertical">Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.</div>

**INGREDIENT NAME:** DRONABINOL (droe-NAB-i-nol)

**COMMON USES:** This medicine is a cannabinoid used to treat nausea and vomiting. It is also used to increase appetite in patients with severe weight loss. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions or allergies.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. KEEP THIS MEDICINE in a sealed container in the refrigerator. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT EXCEED THE RECOMMENDED dose or take this medicine for longer than prescribed without checking with your doctor. Exceeding the recommended dose may be habit-forming. THIS MEDICINE MAY CAUSE drowsiness or dizziness. If dizziness occurs, rise slowly when sitting up or standing. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Ask your doctor or pharmacist if you have questions about which medicines can cause drowsiness or dizziness. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, anxiety, difficulty concentrating, clumsiness, changes in mood, changes in behavior, difficulty with memory, muscle weakness, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience vomiting, fast heart rate, or irregular heartbeat. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include drowsiness, dry mouth, fast heartbeat, mood changes, slurred speech, loss of coordination, and lightheadedness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

<div style="writing-mode: vertical">Do not flush unused medications or pour down a sink or drain.</div>

WPC9 95/9/10

---

**OPAL WORDS**
2912 23rd Apt #3, Leavenworth, KS 66048
(816)423-0275
RX # 0189486-12923          DATE: 08/15/12
**DRONABINOL 2.5MG CAPSULES**
QTY: 270    1 REFILL BEFORE 02/04/13
Copy           NDC: 49884-0867-02
Retail Price: $1619.89  Your insurance Saved You: $1616.89
DR S. LEE                    PLAN: KANBA
MFG:PAR
NRM/DRT/DRT/  /DRT     CLAIM REF# 2512228001683

$ 3.00

*Walgreens*  PH:(913)651-2027       [Customer Receipt]

Pharmacy use only

**OPAL WORDS**
2912 23rd Apt #3, Leavenworth, KS 66048
(816)423-0275
RX # 0189486-12923          DATE: 08/15/12
**DRONABINOL 2.5MG CAPSULES**
QTY: 270    1 REFILL BEFORE 02/04/13
Copy           NDC: 49884-0867-02
Retail Price: $1619.89  Your insurance Saved You: $1616.89
DR S. LEE                    PLAN: KANBA
MFG:PAR
NRM/DRT/DRT/  /DRT     CLAIM REF# 2512228001683

$ 3.00

*Walgreens*  PH:(913)651-2027       [Duplicate Receipt]

---

MON    5:01PM
Copy

DRONABINOL 2.5MG CAPSULES        QTY 270
49884-0867-02
REFRIG



BEIGE
FRONT: PAR 867

NRM/DRT/DRT/  /DRT

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
2900 S 4th St
Leavenworth, KS 66048
(913)651-2027

| | |
|---|---|
| **PATIENT** OPAL WORDS | **DOCTOR** DR S. LEE |
| **BIRTH DATE** 03/27/58 | |
| **MEDICATION** DRONABINOL 2.5MG CAPSULES | **PATIENT ALLERGIES** |
| **QUANTITY** 270 | |
| **DIRECTIONS** TAKE 3 CAPSULES BY MOUTH THREE TIMES DAILY | |

**DRUG DESCRIPTION**

BEIGE
FRONT: PAR 867

**INGREDIENT NAME:** DRONABINOL (droe-NAB-i-nol)

**COMMON USES:** This medicine is a cannabinoid used to treat nausea and vomiting. It is also used to increase appetite in patients with severe weight loss. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions or allergies.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. KEEP THIS MEDICINE in a sealed container in the refrigerator. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT EXCEED THE RECOMMENDED dose or take this medicine for longer than prescribed without checking with your doctor. Exceeding the recommended dose may be habit-forming. THIS MEDICINE MAY CAUSE drowsiness or dizziness. If dizziness occurs, rise slowly when sitting up or standing. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Ask your doctor or pharmacist if you have questions about which medicines can cause drowsiness or dizziness. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, anxiety, difficulty concentrating, clumsiness, changes in mood, changes in behavior, difficulty with memory, muscle weakness, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience vomiting, fast heart rate, or irregular heartbeat. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include drowsiness, dry mouth, fast heartbeat, mood changes, slurred speech, loss of coordination, and lightheadedness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

WIC# 957918

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.



**OPAL WORDS**
2912 Red Apt #3, Leavenworth, KS 66048
(516)829-8504
RX # 0189486-12923          DATE: 09/24/12

**DRONABINOL 2.5MG CAPSULES**
QTY: 270      NO REFILLS - DR. AUTH REQUIRED
Refill          NDC: 49884-0867-02
Retail Price: $1619.89   Your Insurance Saved You: $1616.89      $3.00
DR S. LEE          PHAR: KANPA
MFG:PAR
TMN/IBG/IBG/ /IBG          CLAIM REF# 2512268001422

**OPAL WORDS**
2912 Red Apt #3, Leavenworth, KS 66048
(516)829-8504
RX # 0189486-12923          DATE: 09/24/12

**DRONABINOL 2.5MG CAPSULES**
QTY: 270      NO REFILLS - DR. AUTH REQUIRED
Refill          NDC: 49884-0867-02
Retail Price: $1619.89   Your Insurance Saved You: $1616.89      $3.00
          PHAR: KANPA
MFG:PAR
TMN/IBG/IBG/ /IBG          CLAIM REF# 2512268001422

**Walgreens**          2900 S 4TH ST LEAVENWORTH, KS 66048
Pharmacy use only          PH:(913)651-2027          Customer Receipt #8

**Walgreens**          7900 S 4TH ST LEAVENWORTH, KS 66048
PH:(913)651-2027          Duplicate Receipt

| | |
|---|---|
| MON   10:25AM | DRONABINOL 2.5MG CAPSULES    QTY 270 |
| Refill | 49884-0867-02 |
| | REFRIG |

BEIGE
FRONT: PAR 867